# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIBERATED BRANDS LLC, *et al.*,[1] | ) ) | Case No. 25-10168 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF AUCTION FOR THE SALE OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

On March 5, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 228] (the "Order"),[2] authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to market and conduct auctions (the "Auctions") to sell the Assets free and clear of liens, claims, encumbrances, and other interests (except as may be set forth in the applicable Definitive Sale Documents), with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the applicable sale proceeds. The Auction (if any) will be governed by the bidding procedures approved pursuant to the Order and attached to the Order as Exhibit 1 thereto (the "Bidding Procedures").

> Copies of the Order, the Bidding Procedures, and other documents related thereto, are available upon visiting the Case Webpage at https://cases.stretto.com/LiberatedBrands.

Any person or entity who wishes to participate in the Auctions must comply with the participation requirements, bid requirements, and other requirements set forth in the Bidding Procedures. **The Bid Deadline for the WholeCo Assets or Other Assets Sale Transactions is March 10, 2025, at 5:00 p.m. (prevailing Eastern Time), and the Bid Deadline for the Leasehold Interests Sale Transactions is April 10, 2025, at 5:00 p.m. (prevailing Eastern Time).**

The Debtors intend to conduct Auctions (if required) at which they will consider Qualified Bids (as defined in the Bidding Procedures) submitted to the Debtors and their advisors, by and pursuant to the Bidding Procedures and as set forth in the Order. The Debtors intend to commence the Auction (if applicable) for the WholeCo Assets or Other Assets Sale Transactions on **March 17, 2025, at 12:00 p.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Liberated Brands LLC (2718); Boardriders Retail, LLC (0505); Liberated AX LLC (1537); Liberated Brands International, Inc. (4439); Liberated Brands USA LLC (3827); Liberated-Spyder LLC (9831); Volcom Retail Outlets, LLC (1493); Volcom Retail, LLC (9045); and Volcom, LLC (6919). The location of the Debtors' service address for purposes of these chapter 11 cases is: 1740 Monrovia Ave, Costa Mesa, CA 92627.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order or the Bidding Procedures, as applicable.

**(prevailing Eastern Time)**, either in-person or by videoconference or such other form of remote communication established by the Debtors (to be communicated to Qualified Bidders in advance). The Debtors intend to commence the Auction (if applicable) for the Leasehold Interests Sale Transactions on **April 17, 2025, at 12:00 p.m. (prevailing Eastern Time)**, either in-person or by videoconference or such other form of remote communication established by the Debtors (to be communicated to Qualified Bidders in advance).

The Debtors reserve the right to modify the Bidding Procedures in accordance with the Bidding Procedures and the Order.

All requests directed to the Debtors in connection with the foregoing, or for further information regarding the Bidding Procedures and participation therein, or for further information regarding the Assets, must be directed to: AlixPartners, LLC, the Debtors' financial advisor at hetlin@alixpartners.com, and jnelson@alixpartners.com. All Potential Bidders are instructed to review the Bidding Procedures in consultation with counsel.