# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LIBERATED BRANDS LLC, *et al.* | § § | Case No. 25-10168 (JKS) |
| Debtors | § § § | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR Volcom, LLC

### CASE NO. 25-10174 (JKS)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LIBERATED BRANDS LLC, *et al.*,[1] | ) | Case No. 25-10168 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND
## STATEMENT OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### General

Liberated Brands LLC ("Liberated") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are filing their respective *Schedules of Assets and Liabilities* (each, a "Schedule" and, collectively, the "Schedules") and *Statements of Financial Affairs* (each, a "Statement" or "SOFA" and, collectively, the "Statements" or "SOFAs") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Liberated Brands LLC (2718); Boardriders Retail, LLC (0505); Liberated AX LLC (1537); Liberated Brands International, Inc. (4439); Liberated Brands USA LLC (3827); Liberated-Spyder LLC (9831); Volcom Retail Outlets, LLC (1493); Volcom Retail, LLC (9045); and Volcom, LLC (6919). The location of the Debtors' service address for purposes of these chapter 11 cases is: 1740 Monrovia Ave, Costa Mesa, CA 92627.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared a Global Note with respect to any individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not, and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Todd Hymel, Chief Executive Officer of the Debtors, and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Hymel has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Mr. Hymel has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; *provided* that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

## Global Notes and Overview of Methodology

1. **Description of the Cases**.   The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on February 2, 2025 (the "Petition Date").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On February 4, 2025, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 68].  On February 18, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Committee") [Docket No. 124].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  No trustee or examiner has been appointed in these chapter 11 cases.

2. **Global Notes Control**.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party, or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a. **No Admission**.  Nothing contained in the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by any of the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly, including with respect to claim description and designation.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute and to

3

assert setoff rights, offsets, counterclaims, and defenses to any claim reflected on their respective Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c.      **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.

d.      **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured priority," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

e.      **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.      **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at Law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment, and claims under contracts or for breaches of duties imposed by law

or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.    Exclusion of any intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.    Conversely, inclusion of any intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned, or otherwise transferred pursuant to a sale, acquisition, or other transaction.    The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner or interest holder, however, in some instances, intellectual property owned or licensed by one Debtor may, in fact, be owned or licensed by another.    Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.    In the circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals whom the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.    Such individuals may no longer serve in such capacities.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code.    Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual or entity exercised management responsibilities or functions, (iii) corporate decision-making authority over the Debtors, or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (b) any other purpose.    Furthermore, certain of the individuals or entities identified as

5

insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date, but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

i.     **AI**.  In certain situations, the Debtors and/or the Debtors' advisors may have used artificial intelligence and/or machine learning technology ("AI") to prepare the information included in the Schedules and Statements.  AI has many benefits, including the ability to review large amounts of data in a relatively short period of time, and generate complex output based upon such data.  However, AI technology has inherent limitations and can produce inaccurate results.  In all cases where AI was utilized, the Debtors and/or the Debtors' advisors used reasonable efforts to ensure human review of the final content.  However, inaccuracies may occur and consequently no assurances can be made regarding the information derived based upon AI technology that was included in the Schedules and Statements.

**4.**     **Methodology**.

a.     **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for the Debtors and their non-Debtor affiliates.   The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis.  Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to the financial statements prepared by the Debtors.   Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.   Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets

shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.   **Reporting Date**. To the best of the Debtors' knowledge and except as otherwise noted herein, the asset information provided herein represents the Debtors' asset data as of December 31, 2024, the date of the Debtors' month-end closure to their balance sheet prior to Petition Date, and the Debtors' liability data herein represents the liability data of the Debtors as of the Petition Date, adjusted with liability data as of March 3, 2025, for authorized payments under the First Day Orders (as defined herein), unless otherwise specified.

c.   **Confidentiality or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, the nature of an agreement between a Debtor and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information (*e.g.*, names and other information), or concerns for the privacy of the Debtors' creditors and clients. The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d.   **Intercompany Claims**. Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately twenty-eight bank accounts, all of which are owned and controlled by the Debtors.

---

[3]   Such as the *Interim Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers and (B) Redact Certain Personally Identifiable Information of Individuals, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 90] (the "Interim Creditor Matrix Order").

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 197] (the "Final Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. The intercompany balances set forth in Schedule A/B and Schedule E/F are as of December 31, 2024, and may not accurately reflect current positions as Debtors continue to engage in and reconcile Intercompany Transactions.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted per the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a Claim, an Interest, or not all allowed at all.

In addition, certain of the Debtors act on behalf of other Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Guarantees and Other Secondary Liability Claims.** The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in Schedule D, E/F, or H, as applicable, for the affected Debtor(s). The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify

additional guarantees as they continue to review their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

f.      **Excluded Assets and Liabilities.**    The Debtors may have excluded certain categories of assets and liabilities from the Schedules and Statements, including: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including accrued salaries and employee benefits.    Other immaterial assets and liabilities may also have been excluded.

g.      **Duplication**.    Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statements.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

h.      **Net Book Value of Assets**.    In many instances, current market valuations are not maintained by, nor readily available to, the Debtors.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values as of December 31, 2024, are presented for all assets, unless otherwise indicated.  Market values may vary, sometimes materially, from net book values.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

i.      **Currency**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

j.      **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing (but not directing) the Debtors to, among other things, pay certain prepetition:  (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs

and supplemental workforce obligations); (iv) taxes and assessments; and (v) critical vendor obligations (collectively, the "First Day Orders"). As such, outstanding liabilities may have been reduced by any Court-approved, postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

k.    **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary or appropriate to avoid overpayment or duplicate payment for such liabilities.

l.    **Setoffs**. The Debtors routinely incur setoffs, net payments, and other similar rights in the ordinary course of business. Such setoffs and nettings arise from various transactions or items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes or agreements between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. These normal, ordinary course setoffs and nettings are common in the wholesale industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

m.    **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value.

n.    **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an

amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any such prepetition obligations that are known to the Debtors have been listed on Schedule E/F, and the underlying lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

o.   **Liens**.  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).  Uniform Commercial Code ("UCC") liens as of the Petition Date, if any, are listed on Schedule D.  Certain UCC liens that the Debtors believe are no longer valid may also attach to such inventories, property, and equipment.

p.   **Insurance**.  The Debtors have not set forth insurance policies as assets or executory contracts in the Schedules and Statements.  Information regarding the Debtors' insurance policies is set forth in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letter of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief* [Docket No. 8] (the "Insurance Motion").

q.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

r.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent

there are items listed with unknown or undetermined amounts, the actual totals may be materially different from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

s.     **Unliquidated Claim Amounts**.   Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

t.     **Credits and Adjustments**.   The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same, or apply such allowances or adjustments in the ordinary course of business on a postpetition basis.

u.     **Claims of Third-Party Related Entities**.   While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

v.     **Individual Addresses**.   Personal addresses of individuals including current and former employees and directors have been removed from entries listed throughout the Schedules and Statements, where applicable, pursuant to the Interim Creditor Matrix Order.

## Specific Schedules Disclosures.

## Part 1 -  Cash and Cash Equivalents

a.     **Schedule A/B-2 – Cash and Cash Equivalents; Deposits and Prepayments**. Details with respect to the Cash Management System and bank accounts are provided in the Cash Management Motion and Final Cash Management Order. A full schedule of the Debtors' bank accounts is included in the Cash Management Motion. Additionally, the Bankruptcy Court, pursuant to the *Final Order (I) Approving the Debtors Proposed Adequate Assurance of Payment for Future*

*Utility Services, (II) Approving the Debtors Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief* [Docket No. 191] (the "Final Utility Order"), authorized the Debtors to deposit an adequate assurance payment for future utility services. As this deposit did not exist on the Petition Date, Debtors have excluded this account and the corresponding balance funded in accordance with the Final Utility Order from Schedule A/B, Part 2.

The Debtors' cash balances are listed as of the close of business on January 31, 2025.

b.  **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries and partnerships have been listed in Schedule A/B, Part 4. The Debtors make no representation as to the value of their ownership of each subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. The Debtors do not have any ownership interests in any joint ventures.

c.  **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments.

d.  **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of depreciation, amortization, impairments, and other adjustments, as applicable. Additionally, the Debtors may receive refunds for sales and use tax and/or other taxes at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B. Intercompany receivables due from debtor entities also have been listed in Schedule A/B, Part 11.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

*Executory Contracts and Unexpired Leases.* Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of

such documents, the Debtors have not listed such agreements on Schedule A/B as assets.  Instead, the Debtors have only listed such agreements on Schedule G.

e.    **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Interim DIP Orders.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and to determine the nature, extent, and priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights.

f.    **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 1 – Creditors with Priority Unsecured Claims.*  Pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 193] (the "Final Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition.  Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Final Taxes Order are not listed in Schedule E.  The Debtors believe that any non-disputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim have been or will be satisfied.

Furthermore, pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 82] (the "First Interim Wages Order") and the *Second Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 220] (the "Second Interim Wages Order" and, together with the First Interim Wages Order, the "Interim Wages Orders"), the Debtors received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the

ordinary course of business; *provided* that until entry of a final order granting such relief is obtained, the Debtors have not and will not make any payments under the Non-Insider Retention Bonus Program (as defined in the Wages Orders) to any employee who is owed in excess of $10,000 under the Non-Insider Retention Bonus Program. The Debtors believe that there are no prepetition amounts owed to any employee in excess of $10,000 under the Non-Insider Retention Bonus Program. The Debtors believe that any non-disputed, non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied. Accordingly, such amounts are not listed.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors. However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation. Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding pending litigation and/or formal demands involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. For the avoidance of doubt, demand letters received from potential litigants as a result of alleged injuries sustained at one of the Debtors' stores that do not list a specific Debtor are listed on Debtor Liberated Brands LLC Schedules, as applicable. In addition, the Debtors' insurance may cover personal injury claims in part or in full.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be or have been rejected in these chapter 11 cases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligation to, amend Schedules D and E/F if and as they receive such invoices.

With respect to gift cards, the Debtors cannot ascertain the identity of the vast majority of the holders of such gift cards or whether such gift cards are still in existence. Therefore, the Debtors have not included any holders of gift cards on the Schedules.

Liabilities listed on Schedules E/F reflect the Debtors' book and records balances of prepetition liabilities as of the Petition Date and are inclusive of certain prepetition balances that were paid after the Petition Date pursuant various First Day Orders. The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of these cases. Consequently, any such supplier amounts as of March 3, 2025, have been marked as contingent and unliquidated on Schedule E/F.

g.  **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, may reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms of such agreements. In such cases, Debtors have included such items on Schedule G of Liberated Brands USA LLC.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D only.

h.   **Schedule H – Co-Debtors.**  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees, if any, reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of business, the Debtors may become subject to pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. The Debtors have not listed any litigation-related co-debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

**5.**   **Specific Statements Disclosures.**

a.   **Statements, Part 1, Question 1.**  Revenue is presented on a net basis.

b.   **Statements, Part 2, Questions 3 and 4.**  Prior to the Petition Date, the Debtors maintained the Cash Management System through which certain Debtors made

payments on behalf of certain Debtor affiliates and certain non-debtor affiliates, as further explained in the Cash Management Motion. Consequently, all payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by one of the Debtors or Debtor affiliates from operating bank accounts on behalf of the corresponding Debtor, pursuant to the Cash Management System described in the Cash Management Motion.

To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.

c.    **Statements, Part 2, Question 6 – Setoffs.** For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(l) of these Global Notes.

d.    **Statements, Part 6, Question 11.** All disbursements listed in Statement 11 were initiated and disbursed either by Volcom LLC and/or Liberated Brands USA LLC but were for the benefit of all Debtors.

e.    **Statements, Part 6, Question 13.** With respect to Statement Question 13 for the SOFAs for Debtors Liberated Brands LLC and Liberated Brands International, Inc., certain transfers to ABG-Brighton LLC, QS Holdings S.à r.l, and Authentic Brands Group LLC represent the total consideration to fund the acquisition. Such consideration included both cash and the incurrence of unsecured debt by the Debtors. This unsecured debt is reflected on Schedules E/F for Liberated Brands LLC and Liberated Brands International, Inc.

f.    **Statements, Part 9, Question 17.** With respect to the SOFAs for Debtors Volcom, LLC, Volcom Retail, LLC, and Volcom Retail Outlets, LLC the Debtors changed the name of the 401(k) plan from the Volcom, LLC 401(k) Plan to the Liberated Brands, LLC 401(k) Plan.

g.    **Statements, Part 11, Question 21 – Property Held for Another.** The Debtors are obligated under various agreements and programs to remit certain funds held for third parties to such parties and have received authorization to do so under the *Final Order (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Lien Claimants and (II) Granting Related Relief* [Docket No. 189], the Interim Wages Orders, and the Final Taxes Order. To the extent that any of the funds described above are held or paid for the benefit of third parties, such funds do not constitute property of the Debtors' estates, and the Debtors therefore have not included such amounts in their responses to Statement Question 21.

Statement Question 21 with respect to the SOFA for Debtor Volcom, LLC (line item 21.1) includes proceeds of certain assets transferred to Q4D LLC ("Q4D") in a prepetition transaction that have been collected by the Debtors since the Petition

Date.   Nothing in the Schedules and Statements determines or affects any entitlements of any person or entity in respect of such amounts.

As provided for in the Interim DIP Orders, as and when the Debtors identify proceeds of AR and Inventory (each as defined in the Q4D TAA) (as defined in the Interim DIP Orders), the Debtors shall within one business day thereafter notify the DIP Secured Parties and Q4D of the same, including the amount of such proceeds and backup documentation supporting the calculation of such amount, and the DIP Secured Parties shall within two business days thereafter fund an amount equal to the amount of such proceeds so identified by the Debtors into a segregated account with the DIP Agent (the "Specified Segregated Account"); *provided*, that the DIP Secured Parties shall not be required to fund any amount in excess of $4,000,000 into such Specified Segregated Account under the Interim Orders; *provided, further*, that if and when the amount funded or required to be funded into the Specified Segregated Account exceeds $3,000,000, absent agreement of the Debtors, the DIP Secured Parties and Q4D, the Debtors shall be required to return to the Court on an expedited basis to obtain further relief.   The rights, privileges, and defenses of all parties with respect to any legal entitlement to the funds in the Specified Segregated Account, including the amount required to be funded into such Specified Segregated Account, are fully reserved.   Absent agreement among the Debtors, the DIP Secured Parties, and Q4D, or further order of the Court, the funds in the Specified Segregated Account or any valid and senior legal entitlement of Q4D with respect to such AR and Inventory, regardless of whether in the Specified Segregated Account, (i) shall not be subject to the DIP Liens or Adequate Protection Liens; and (ii) shall not be transferred out of the Specified Segregated Account.

Nothing in the Schedules and Statements in any way prejudices or impairs any of Q4D's rights, privileges, claims, causes of action, remedies, defenses, or interests against the Debtors, the DIP Secured Parties, the Pre-Petition Secured Parties, or any other party, related to or arising under the Q4D Transaction, the Q4D Transactions Documents, the Consent, the AR and Inventory (and proceeds thereof, whether collected or received pre- or postpetition), or otherwise.

Nothing in the Schedules and Statements in any way prejudices or impairs any rights, privileges, claims, causes of action, remedies, defenses, or interests of the Debtors, the DIP Secured Parties, the Prepetition Secured Parties, or any other party in relation to the Q4D Transaction, the Q4D Transactions Documents, the Consent, the AR and Inventory (and proceeds thereof, whether collected or received pre- or postpetition) and Q4D's asserted entitlement thereto, or otherwise.

h.   **Statements, Part 7, Question 14 – Prior Locations.**  The address of each Debtor's main center of operations or headquarters as of the Petition Date was included in the Debtors' Voluntary Petitions.

i.  **Statements, Part 13, Question 25.**  Information listed in Question 25 is based on best historical corporate structure information available through December 2024. Certain dates of ownership may be approximate and certain historical address information may be unavailable for entities that no longer exist.  In the case of non-U.S. entities, corporate registration numbers may be listed in place of U.S. tax ID numbers.

j.  **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**  The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided a list of these parties in their response to Statement Question 26.

k.  **Statements, Part 13, Question 27 – Inventories.**  Any inventory held by third-party logistics providers is subject to each third-party logistics provider's respective inventory control procedures. The Debtors receive confirmation on such third-party logistics provider related inventory in support of their financial statement audits.

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Volcom, LLC |
| United States Bankruptcy Court: | The District of Delaware |
| Case Number (if known): | 25-10174 (JKS) |

Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| General Description | Type of Account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1 JPMORGAN CHASE BANK, N.A. | AP ACCOUNT | 5225 | $0.00 |
| 3.2 JPMORGAN CHASE BANK, N.A. | CREDIT CARD COLLATERAL ACCOUNT | 0119 | $2,100,000.00 |
| 3.3 JPMORGAN CHASE BANK, N.A. | OPERATING ACCOUNT | 3907 | $2,643,954.27 |
| 3.4 JPMORGAN CHASE BANK, N.A. | PAYROLL ACCOUNT | 5019 | $0.00 |
| 3.5 JPMORGAN CHASE BANK, N.A. | RECEIVABLES ACCOUNT | 7773 | $238,149.37 |
| 4. **Other cash equivalents (Identify all)** | | | |
| 5. **Total of Part 1.** Add lines 2 through 4. Copy the total to line 80. | | | **$4,982,103.64** |

# Schedule A/B: Assets - Real and Personal Property

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| General Description | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 OTHER DEPOSITS - MISCELLANEOUS | $90,687.02 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 PREPAID - PROPERTY TAX - IRVINE WH | $14,419.62 |
| 8.2 PREPAID - PROPERTY TAX - CA CUSTOMER STORE | $7,238.48 |
| 8.3 PREPAID - PROPERTY TAX - VLLC - HI | $37,397.56 |
| 8.4 PREPAID - PROPERTY TAX - COSTA MESA | $52,903.93 |
| 8.5 PREPAID - GENERATION DIGITAL SOLUTIONS INC. | $2,912.77 |
| 8.6 PREPAID - MANHATTAN ASSOCIATES, INC. | $37,013.35 |
| 8.7 PREPAID - PROSOC, INC. | $47,197.20 |
| 8.8 PREPAID - FAR WEST TECHNOLOGIES, LLC. | $1,564.85 |
| 8.9 PREPAID - CENTRIC SOFTWARE INC. | $35,737.25 |
| 8.10 PREPAID - ECOMPUTER, INC | $43,407.01 |
| 8.11 PREPAID - ZOHO CORPORATION | $25,100.00 |
| 8.12 PREPAID - PLANFUL, INC | $119,608.50 |
| 8.13 PREPAID - CDW COMPUTER CENTER, INC. | $28,020.50 |
| 8.14 PREPAID - ASANA INC. | $55,125.00 |
| 8.15 PREPAID - JAMF SOFTWARE, LLC | $35,362.15 |
| 8.16 PREPAID - INVENTORY | $498,299.22 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$1,131,994.40**

# Schedule A/B: Assets - Real and Personal Property

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| General Description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
| --- | --- | --- | --- |
| 11.  **Accounts receivable** | | | |
| 11.1  A. 90 DAYS OLD OR LESS: | $16,210,118.25 | -  -$3,595,773.89 | =  $12,614,344.36 |
| 11.2  B. OVER 90 DAYS OLD: | $3,302,396.71 | -  -$732,546.90 | =  $2,569,849.81 |

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $15,184,194.17 |
| --- |

# Schedule A/B: Assets - Real and Personal Property

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| General Description | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------|-------------------------------------|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:

| | | |
|---|---|---|
| 15.1 LIBERATED BRANDS INTERNATIONAL, INC. (OWNERSHIP 100%) | | UNDETERMINED |
| 15.2 VOLCOM RETAIL OUTLETS, LLC (OWNERSHIP 100%) | | UNDETERMINED |
| 15.3 VOLCOM RETAIL, LLC (OWNERSHIP 100%) | | UNDETERMINED |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17. Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
|--------------|

# Schedule A/B: Assets - Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets - detail |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 RAW MATERIALS | | $264,026.35 | LIFO | $264,026.35 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 FINISHED GOODS | | $11,862,149.42 | LIFO | $11,862,149.42 |
| 21.2 INVENTORY IN TRANSIT | | $501,859.53 | LIFO | $501,859.53 |
| 22. **Other Inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| **$12,628,035.30** |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☑ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.
☐ Yes.

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☑ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** | | | |
| 30. **Farm machinery and equipment** | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 84.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 7:** Office furniture, fixtures, and equipment; and collectibles - detail

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  FURNITURE & FIXTURES | $694,172.24 | NET BOOK VALUE | $694,172.24 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  COMPUTER EQUIPMENT | $12,285.60 | NET BOOK VALUE | $12,285.60 |
| 41.2  COMPUTER EQUIPMENT - ECOMM | $4,120.81 | NET BOOK VALUE | $4,120.81 |
| 41.3  COMPUTER SOFTWARE | $406,721.93 | NET BOOK VALUE | $406,721.93 |
| 41.4  EQUIPMENT | $40,485.99 | NET BOOK VALUE | $40,485.99 |
| 41.5  OFFICE EQUIPMENT | $31,322.11 | NET BOOK VALUE | $31,322.11 |
| 42. **Collectibles** | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 84.

**$1,189,108.68**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No.
☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories**

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 84.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 9:**     **Real property - detail**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | LEASEHOLD IMPROVEMENTS - RETAIL STORE VLM SANTA BARBARA [141103] 625 STATE STREET SANTA BARBARA CA | LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.2 | LEASEHOLD IMPROVEMENTS - RETAIL STORE VLM WHALERS VILLAGE [141104] 2435 KAANAPALI PARKWAY DB-10 LAHAINA HI | LEASE | $229,518.82 | NET BOOK VALUE | $229,518.82 |
| 55.3 | LEASEHOLD IMPROVEMENTS - RETAIL STORE VLM DISNEY SPRINGS [141116] 1536 E. BUENA VISTA DR. SUITE B-19-105 LAKE BUENA VISTA FL | LEASE | $91,495.99 | NET BOOK VALUE | $91,495.99 |
| 55.4 | LEASEHOLD IMPROVEMENTS - RETAIL SPACE HUNTINGTON 300 PACIFIC COAST HIGHWAY HUNTINGTON BEACH, CA | LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.5 | LEASEHOLD IMPROVEMENTS - IRVINE WAREHOUSE 5 PASTEUR IRVINE CA | LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.6 | FA - LEASEHOLD IMPROVEMENTS | LEASEHOLD IMPROVEMENTS | $1,011,001.25 | NET BOOK VALUE | $1,011,001.25 |

56. **Total of Part 9.**
Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

**$1,332,016.06**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 10:** Intangibles and intellectual property - detail

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| 61.1  VOLCOM.COM.AU | UNDETERMINED | | UNDETERMINED |
| 61.2  VOLCOM.JP | UNDETERMINED | | UNDETERMINED |
| 61.3  VOLCOM.EU | UNDETERMINED | | UNDETERMINED |
| 61.4  VOLCOM.FR | UNDETERMINED | | UNDETERMINED |
| 61.5  VOLCOM.ES | UNDETERMINED | | UNDETERMINED |
| 61.6  VOLCOM.DE | UNDETERMINED | | UNDETERMINED |
| 61.7  VOLCOM.CO.UK | UNDETERMINED | | UNDETERMINED |
| 61.8  VOLCOM.CH | UNDETERMINED | | UNDETERMINED |
| **62.  Licenses, franchises, and royalties** | | | |
| 62.1  ABG-VOLCOM, LLC LICENSING AGREEMENT WITH VOLCOM, LLC | UNDETERMINED | | UNDETERMINED |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| 63.1  CUSTOMER LISTS | UNDETERMINED | | UNDETERMINED |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**UNDETERMINED**

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.
☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

# Schedule A/B: Assets - Real and Personal Property

| **Part 10:** | **Intangibles and intellectual property - detail** |
| --- | --- |

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

☑ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 11:**   All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

| General Description | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed Examples: Season tickets, country club membership** | |
| 77.1 EMPLOYEE RECEIVABLES | $32,721.79 |
| 77.2 RENTAL RECEIVABLE | $19,443.06 |
| 77.3 I/C RECEIVABLE (A/R OTHER) - LIBERATED BRANDS USA LLC | $24,433,901.82 |
| 77.4 I/C RECEIVABLE (A/R OTHER) - LIBERATED-SPYDER LLC | $9,434,848.48 |
| 77.5 I/C RECEIVABLE (A/R OTHER) - LIBERATED BRANDS JAPAN GK | $6,379,875.00 |
| 77.6 I/C RECEIVABLE (A/R OTHER) - BOARDRIDERS RETAIL, LLC | $1,195,730.70 |
| 77.7 I/C RECEIVABLE (A/R OTHER) - LIBERATED AX LLC | $499,686.00 |
| 77.8 I/C RECEIVABLE (A/R OTHER) - QUIKSILVER AUSTRALIA PTY LTD. | $1,586.25 |
| 77.9 I/C RECEIVABLE (A/R TRADE) - VOLCOM RETAIL, LLC | $111,818,507.59 |
| 77.10 I/C RECEIVABLE (A/R TRADE) - VOLCOM RETAIL OUTLETS, LLC | $98,322,180.38 |
| 77.11 I/C RECEIVABLE (A/R TRADE) - LIBERATED BRANDS JAPAN GK | $9,584,530.24 |
| 77.12 I/C RECEIVABLE (A/R TRADE) - VOLCOM RETAIL, LLC | $2,403,632.16 |
| 77.13 I/C RECEIVABLE (A/R TRADE) - VOLCOM CANADA INC. | $1,496,779.00 |
| 77.14 I/C RECEIVABLE (A/R TRADE) - VOLCOM AUSTRALIA HOLDING COMPANY PTY LTD. | $152,159.55 |
| 77.15 I/C RECEIVABLE (A/R TRADE) - QUIKSILVER AUSTRALIA PTY LTD. | $96,508.82 |
| 77.16 I/C RECEIVABLE (A/R TRADE) - VOLCOM HONG KONG (VOLCOM ASIA PACIFIC LTD.) | $30,425.57 |

# Schedule A/B: Assets - Real and Personal Property

**Part 11:**  All other assets

| General Description | Current value of debtor's interest |
|---|---|
| 77.17  I/C RECEIVABLE (A/R TRADE) - VOLCOM AUSTRALIA HOLDING COMPANY PTY LTD. | $3,544.65 |
| 77.18  I/C RECEIVABLE (TRANSFER PRICING) - VOLCOM SAS | $5,519,217.02 |
| 77.19  I/C RECEIVABLE (TRANSFER PRICING) - VOLCOM CANADA INC. | $2,708,838.12 |
| 77.20  I/C RECEIVABLE (TRANSFER PRICING) - VOLCOM AUSTRALIA HOLDING COMPANY PTY LTD. | $2,233,404.83 |
| 77.21  I/C RECEIVABLE (TRANSFER PRICING) - LIBERATED BRANDS JAPAN GK | $319,676.84 |

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$276,687,197.87

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 12:**    Summary

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $4,982,103.64 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $1,131,994.40 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $15,184,194.17 | | |
| 83. Investments. Copy line 17, Part 4. | **UNDETERMINED** | | |
| 84. Inventory. Copy line 23, Part 5. | $12,628,035.30 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $1,189,108.68 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | | |
| 88. Real property. Copy line 56, Part 9. | | $1,332,016.06 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | **UNDETERMINED** | | |
| 90. All other assets. Copy line 78, Part 11. | $276,687,197.87 | | |
| 91. Total. Add lines 80 through 90 for each column. | $311,802,634.06 **+ UNDETERMINED** | $1,332,016.06 | |

| | |
|---|---|
| 92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** | **$313,134,650.12** + UNDETERMINED |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Volcom, LLC |
| United States Bankruptcy Court: | The District of Delaware |
| Case Number (if known): | 25-10174 (JKS) |

Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in the information below.

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Secured Debt** | | | | | | | |
| 2.1 JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT 10 S. DEARBORN, FLOOR 12, IL1-1145 CHICAGO, IL 60603 ₁ | ☐ | ☐ | ☐ | DATE: 1/29/2021 ABL FACILITY | ☐ ☐ ☐ | $81,826,423.28 | UNDETERMINED |
| | | | | Secured Debt Total: | | **$81,826,423.28** | **UNDETERMINED** |
| **UCC and Other Liens** | | | | | | | |
| 2.2 JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☐ | ☐ | ☐ | DATE: 1/29/2021 | ☑ ☑ ☐ | UNDETERMINED | UNDETERMINED |

# Schedule D: Creditors Who Have Claims Secured by Property

**Part 1:**    List Creditors Who Have Secured Claims

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | | | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| 10 S. DEARBORN, FLOOR 12, IL1-1145 CHICAGO, IL 60603 | | | | UCC LIEN AS DESCRIBED IN FILE NUMBER 20210765637 | | | | | |
| 2.3 LEAF CAPITAL FUNDING LLC 2330 INTERSTATE 30 MESQUITE, TX 75150 | ☐ | ☐ | ☐ | DATE: 6/30/2023 UCC LIEN AS DESCRIBED IN FILE NUMBER 20234621578 | ☑ | ☑ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.4 LEAF CAPITAL FUNDING LLC 2330 INTERSTATE 30 MESQUITE, TX 75150 | ☐ | ☐ | ☐ | DATE: 6/24/2024 UCC LIEN AS DESCRIBED IN FILE NUMBER 20244264352 | ☑ | ☑ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.5 WALT DISNEY PARKS AND RESORTS U.S., INC. 1375 BUENA VISTA DRIVE 4TH FLOOR LAKE BUENA VISTA, FL 32830 | ☐ | ☐ | ☐ | DATE: 04/21/2016 UCC LIEN AS DESCRIBED IN FILE NUMBER 20162367025 | ☑ | ☑ | ☐ | UNDETERMINED | UNDETERMINED |

UCC and Other Liens Total:    **UNDETERMINED**      **UNDETERMINED**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$81,826,423.28** + UNDETERMINED

# Schedule D: Creditors Who Have Claims Secured by Property

**Part 1:**    List Creditors Who Have Secured Claims

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|

**Footnotes - Schedule D Part 1**

1. The amount outstanding listed here is current as of January 31, 2025.

# Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

4. **List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors**

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|--------------------------|------------------------------------------------------|-------------------------------------------------|
| 4.1 MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MICHAEL LUSKIN<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0060 | 2.1 | |
| 4.2 MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: STEPHAN E. HORNUNG<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0060 | 2.1 | |
| 4.3 MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JODY C. BARILLARE<br>1201 N. MARKET STREET<br>SUITE 2201<br>WILMINGTON, DE 19801 | 2.1 | |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Volcom, LLC |
| United States Bankruptcy Court: | The District of Delaware |
| Case Number (if known): | 25-10174 (JKS) |

Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| 2.1 AK REMOTE SELLER SALES TAX COMMISSION ONE SEALASKA PLAZA, STE 200 JUNEAU, AK 99801 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.2 ALABAMA DEPARTMENT OF REVENUE SALES, USE & BUSINESS TAX DIVISION P.O. BOX 327790 AL, MONTGOMERY 36132 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.3 ARIZONA DEPARTMENT OF REVENUE PO BOX 29010 PHOENIX, AZ 85038 - 9010 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.4 CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION PO BOX 942879 SACRAMENTO, CA 94279 - 8062 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.5 CALIFORNIA SECRETARY OF STATE 1500 11TH STREET, 2ND FLOOR SACRAMENTO, CA 95814 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.6 CANADA REVENUE AGENCY CONNAUGHT BUILDING 555 MACKENZIE AVENUE, 7TH FLOOR OTTAWA ON K1A 0L5 CANADA | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.7 CITY AND COUNTY OF DENVER DEPARTMENT OF FINANCE, TREASURY DIVISION P.O. BOX 660860 DALLAS, TX 75266-0860 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| 2.8 CITY AND COUNTY OF HONOLULU REAL PROPERTY - HONOLULU OFFICE 842 BETHEL ST BASEMENT HONOLULU, HI 96813 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.9 CITY OF ARVADA 8101 RALSTON ROAD ARVADA, CO 80002 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.10 CITY OF ASPEN SALES AND LODGING TAX RETURN PO BOX 912513 DENVER, CO 80291 - 2513 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.11 CITY OF BOULDER DEPARTMENT OF FINANCE, SALES/USE TAX DIVISION P.O. BOX 791 BOULDER, CO 80306-0791 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.12 CITY OF COLORADO SPRINGS DEPARTMENT 2408 DENVER, CO 80256 - 0001 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.13 CITY OF COLORADO SPRINGS 30 S. NEVADA AVE., COLORADO SPRINGS, CO 80903 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.14 CITY OF COSTA MESA ATTN: BUSINESS LICENSE P.O. BOX 1200COSTA MESA, CA 92628-1200 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.15 CITY OF DURANGO 949 EAST SECOND AVENUE DURANGO, CO 81301 - 5109 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.16 CITY OF FORT COLLINS SALES TAX DEPARTMENT P.O. BOX 440 FORT COLLINS, CO 80522 - 0439 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.17 CITY OF GOLDEN SALES TAX DEPARTMENT P.O. BOX 5885 DENVER, CO 80217 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.18 CITY OF GOLDEN SALES TAX DIVISION 9111 10TH STREET GOLDEN, CO 80401 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.19 CITY OF GRAND JUNCTION PO BOX 2088 GRAND JUNCTION, CO 81502 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.20 CITY OF IRVINE BUSINESS LICENSE P.O. BOX 19575 IRVINE, CA 92623 - 9575 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.21 CITY OF LAKEWOOD REVENUE DIVISION PO BOX 17479 DENVER, CO 80217 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.22 CITY OF PEORIA BUSINESS LICENSING 8401 W MONROE STREET PEORIA, AZ 85345 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| 2.23 CITY OF THORNTON SALES TAX DIVISION PO BOX 910222 DENVER, CO 80291 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.24 COLORADO DEPARTMENT OF REVENUE 1881 PIERCE ST. LAKEWOOD, CO 80214 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.25 COLORADO SECRETARY OF STATE 1700 BROADWAY, SUITE 550 DENVER, CO 80290 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.26 COMMISSIONER OF REVENUE SERVICES DEPARTMENT OF REVENUE SERVICES P.O. BOX 5030 HARTFORD, CT 06102 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.27 COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION DIVISION 110 CARROLL ST., ANNAPOLIS, MD 21411 - 0001 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.28 COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 149354 AUSTIN, TX 78714 - 9354 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.29 CONNECTICUT SECRETARY OF STATE 165 CAPITOL AVENUE SUITE 1000 HARTFORD, CT 06115-0470 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.30 COUNTY OF ORANGE ATTN: TREASURER - TAX COLLECTOR P.O. BOX 1438 SANTA ANA, CA 92702 - 1438 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.31 COUNTY OF ORANGE ATTN: ORANGE COUNTY TREASURER PO BOX 4005 SANTA ANA, CA 92702 - 4005 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.32 DELAWARE SECRETARY OF STATE DELAWARE DIVISION OF CORPORATIONS 401 FEDERAL STREET, SUITE 4 DOVER, DE 19901 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.33 DEPARTMENT OF FINANCE & ADMINISTRATION P.O. BOX 3861 LITTLE ROCK, AR 72203 - 3861 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.34 DEPARTMENT OF TAXATION P.O. BOX 26627 RICHMOND, VA 23261 - 6627 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.35 DIRECTOR OF REVENUE TAXATION DIVISION P.O. BOX 840 JEFFERSON CITY, MO 65105 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.36 DISTRICT OF COLUMBIA TREASURER | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| DC OFFICE OF TAX AND REVENUE P.O. BOX 96384 WASHINGTON, DC 20090 | | | | | |
| 2.37 DIVISION OF CORPORATIONS IN THE STATE OF FLORIDA P.O. BOX 6327 TALLAHASSEE, FL 32314 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.38 FLORIDA DEPARTMENT OF REVENUE 5050 W. TENNESSEE STREET TALLAHASSEE, FL 32399 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.39 GEORGIA DEPARTMENT OF REVENUE SALES AND USE TAX RETURN PO BOX 105408 ATLANTA, GA 30348 - 5408 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.40 GEORGIA SECRETARY OF STATE 237 COLISEUM DR MACON, GA 31217 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.41 HAWAII BUSINESS REGISTRATION DIVISION, DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS 335 MERCHANT STREET, ROOM 201 HONOLULU, HI 96813 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.42 HAWAII DEPARTMENT OF TAXATION P. O. BOX 1425 HONOLULU, HI 96806 - 1425 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.43 IDAHO SECRETARY OF STATE 450 N. 4TH STREET BOISE ID, 83702 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.44 IDAHO STATE TAX COMMISSION SALES TAX COMMISSION PO BOX 76 BOISE, IDAHO 83707 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.45 ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62736-0001 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.46 ILLINOIS SECRETARY OF STATE 213 STATE CAPITOL SPRINGFIELD, IL 62756 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.47 INDIANA DEPARTMENT OF REVENUE P.O. BOX 7218 INDIANAPOLIS, IN 46207 - 7218 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.48 IOWA DEPARTMENT OF REVENUE SALES/USE TAX PROCESSING PO BOX 10412 DES MOINES, IA 50306 - 0412 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.49 KANSAS DEPARTMENT OF REVENUE P.O. BOX 3506 TOPEKA, KS 66625 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.50 KENTUCKY SECRETARY OF STATE 700 CAPITAL AVE STE. 152 FRANKFORT, KY 40601 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.51 KENTUCKY STATE TREASURER 1050 US HIGHWAY 127 SOUTH, SUITE 100 FRANKFORT, KENTUCKY 40601 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.52 LOUISIANA DEPARTMENT OF REVENUE | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| POST OFFICE BOX 3138 BATON ROUGE, LA 70821 - 3138 | | | | | |
| 2.53 MAINE REVENUE SERVICES PO BOX 1065 AUGUSTA, ME 04332 - 1065 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.54 MASSACHUSETTS DOR PO BOX 419257 BOSTON, MA 02241 - 9257 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.55 MICHIGAN DEPARTMENT OF TREASURY PO BOX 30324 LANSING, MI 48909 - 7824 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.56 MINNESOTA DEPARTMENT OF REVENUE P.O. BOX 64622 ST. PAUL, MN 55164 - 0622 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.57 MINNESOTA SECRETARY OF STATE 332 MINNESOTA ST STE N201 SAINT PAUL, MN 55101 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.58 NEBRASKA DEPARTMENT OF REVENUE PO BOX 98923 LINCOLN, NE 68509 - 8923 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.59 NEVADA SECRETARY OF STATE 202 N CARSON ST, CARSON CITY, NV 89701 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.60 NEW JERSEY TREASURY DIVISION OF REVENUE AND ENTERPRISE SERVICES PO BOX 452 TRENTON, NJ 08608 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.61 NEW YORK SECRETARY OF STATE ONE COMMERCE PLAZA 99 WASHINGTON AVE ALBANY, NY 12231 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.62 NORTH CAROLINA DEPARTMENT OF REVENUE PO BOX 25000 RALEIGH, NC 27640 - 0700 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.63 NORTH CAROLINA SECRETARY OF STATE 2 SOUTH SALISBURY STREET RALEIGH, NC 27601-290 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.64 NYS SALES TAX PROCESSING P.O. BOX 15172 ALBANY, NY 12212 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.65 OFFICE OF STATE TAX COMMISSIONER PO BOX 5623 BISMARCK, ND 58506 - 5623 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.66 OKLAHOMA TAX COMMISSION | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| PO BOX 26850 OKLAHOMA CITY, OK 73126 - 0850 | | | | | |
| 2.67 OREGON SECRETARY OF STATE BUSINESS REGISTRY 255 CAPITOL ST. NE, SUITE 151 SALEM, OR 97310 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.68 PA DEPARTMENT OF REVENUE BUREAU OF RECEIPTS AND CONTROL DEPARTMENT PO BOX 280406 HARRISBURG, PA 17128 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.69 PENNSYLVANIA STATE TAX COMMISSION PA DEPARTMENT OF REVENUE PO BOX 280905 HARRISBURG, PA 17128-0905 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.70 RHODE ISLAND STATE TAX COMMISSION 148 W. RIVER STREET PROVIDENCE, RI 02904 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.71 RI DIVISION OF TAXATION ATTN: TAX PROCESSING ONE CAPITOL HILL PROVIDENCE, RI 02908 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.72 SC DEPARTMENT OF REVENUE PO BOX 125 COLUMBIA, SC 29214 - 0101 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.73 SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS ONE ASHBURTON PLACE CORPORATIONS DIVISION BOSTON, MA 02108 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.74 SECRETARY OF THE TREASURY - SUT DEPARTMENT OF TREASURY PO BOX 9024140 SAN JUAN, PR 902-4140 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.75 SOUTH CAROLINA SECRETARY OF STATE 1205 PENDLETON ST., STE. 525 COLUMBIA, SC 29201 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.76 SOUTH DAKOTA DEPARTMENT OF REVENUE BUSINESS TAX DIVISION 445 E. CAPITOL AVE., PIERRE, SD 57501 - 3100 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.77 STATE OF NEVADA SALES/USE TAX RETURN P.O. BOX 51107 LOS ANGELES, CA 90051 - 5407 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.78 STATE OF NEW JERSEY SALES & USE TAX PO BOX 999 TRENTON, NJ 08646 - 0999 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.79 STATE OF WEST VIRGINIA | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| STATE TAX DEPARTMENT, TAX ACCOUNT ADMINISTRATIVE DIVISION PO BOX 1826 CHARLESTON, WV 25327 - 1826 | | | | | |
| 2.80 TAXATION AND REVENUE DEPARTMENT PO BOX 25128 SANTA FE, NM 87504 - 5128 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.81 TENNESSEE DEPARTMENT OF REVENUE ANDREW JACKSON BUILDING 500 DEADERICK STREET NASHVILLE, TN 37242 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.82 TEXAS FRANCHISE TAX DEPARTMENT TEXAS COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 149348 AUSTIN, TX 78714-9348 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.83 THE OFFICE OF THE ILLINOIS SECRETARY OF STATE 3851 E MAIN ST ST. CHARLES, IL 60174 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.84 TOWN OF BREKENRIDGE FINANCE DEPARTMENT - TOWN OF BREKENRIDGE PO BOX 1517 BREKENRIDGE, CO 80424 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.85 TOWN OF CRESTED BUTTE ATTN: SALES TAX DEPARTMENT PO BOX 39 CRESTED BUTTE, CO 81224 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.86 TOWN OF FRISCO PO BOX 4100, 1ST & MAIN ST. FRISCO, CO 80443 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.87 TOWN OF MT CRESTED BUTTE 911 GOTHIC RD. I PO BOX 5800 MT CRESTED BUTTE, CO 81225 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.88 TOWN OF PARKER SALES TAX ADMINISTRATION PO BOX 5602 DENVER, CO 80217 - 5602 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.89 TOWN OF VAIL 75 SOUTH FRONTAGE ROAD VAIL, CO 81657 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.90 TREASURER OF THE STATE OF OHIO OHIO DEPARTMENT OF TAXATION P.O. BOX 16560 COLUMBUS, OH 43216 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.91 US CUSTOMS AND BORDER PROTECTION 1300 PENNSYLVANIA AVE. NW WASHINGTON, DC 20004 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.92 UTAH COMMERCE DIVISION OF CORPORATIONS AND COMMERCIAL | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| CODE<br>160 EAST 300 SOUTH 2ND FLOOR SALT LAKE CITY, UT 84111 | | | | | |
| 2.93 UTAH STATE TAX COMMISSION<br>210 N 1950 W SALT LAKE CITY, UT 84134 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.94 VERMONT DEPARTMENT OF TAXES<br>PO BOX 547 MONTPELIER, VT 05601 - 0547 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.95 VIRGINIA STATE CORPORATION COMMISSION<br>1300 E. MAIN ST. RICHMOND, VA 23219 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.96 WASHINGTON SECRETARY OF STATE CORPORATIONS DIVISION<br>801 CAPITOL WAY S OLYMPIA, WA 98504-1226 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.97 WASHINGTON STATE DEPARTMENT OF REVENUE<br>PO BOX 47464 OLYMPIA, WA 98504 - 7464 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.98 WISCONSIN DEPARTMENT OF REVENUE<br>PO BOX 8921 MADISON, WI 53708 - 8921 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.99 WISCONSIN DEPARTMENT OF REVENUE<br>PO BOX 930208 MILWAUKEE, WI 53293 - 0208 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |
| 2.100 WYOMING DEPARTMENT OF REVENUE<br>122 W 25TH ST., SUITE E301 HERSCHLER BUILDING EAST CHEYENNE, WY 82002 | | ☑ ☑ ☐ | ☐ | $0.00 | $0.00 |

2.  **Total: All Creditors with PRIORITY Unsecured Claims**          **$0.00**   **$0.00**

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 3.1 4A YARN DYEING LTD. KAICHABARI, BAIPAIL, SAVAR DHAKA, BANGLADESH | | ☐ ☐ ☐ | TRADE | ☐ | $130,290.09 |
| 3.2 60 GUILDERS PRODUCTIONS LLC STEVEN RODRIGUEZ 14 HOPE STREET 4A BROOKLYN, NY 11211 | | ☐ ☐ ☐ | SERVICES | ☐ | $500.00 |
| 3.3 A & G INC. DBA: ALSTYLE APPAREL P.O. BOX 841823 DALLAS, TX 75284-1823 | | ☐ ☐ ☐ | TRADE | ☐ | $1.20 |
| 3.4 AADAM TEXTILE [REDACTED ADDRESS] | | ☑ ☑ ☐ | TRADE | ☐ | $135,585.46 |
| 3.5 ABG ROYALTY PAYABLES AUTHENTIC BRANDS GROUP LLC 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 | | ☑ ☑ ☐ | ROYALTY & OTHER PAYABLES | ☐ | $12,987,024.00 |
| 3.6 ALEC MAJERUS [REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $4,500.00 |
| 3.7 AMELIA COULTER [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $3,965.35 |
| 3.8 AMERICAN RAG CIE 1146 SOUTH VAIL AVENUE MONTEBELLO, CA 90640 | | ☐ ☐ ☐ | TRADE | ☐ | $717.00 |
| 3.9 ANDERSON AIR CONDITIONING, L.P. P.O. BOX 675070 DALLAS, TX 75267-5070 | | ☐ ☐ ☐ | TRADE | ☐ | $4,430.85 |
| 3.10 ANTI INDUSTRIES INC. DBA INDUSTRY PRINT SHOP 705 WALLINGFORD BEND DRIVE #110 AUSTIN, TX 78752 | | ☐ ☐ ☐ | TRADE | ☐ | $350.00 |
| 3.11 APEX LOGISTICS INTERTNATIONAL, INC. 18554 S. SUSANA ROAD RANCHO DOMINGUEZ, CA 90221 | | ☑ ☑ ☐ | SERVICES | ☐ | $26,599.12 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | | | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.12 AQUA SEA<br>20003 S. RANCHO WAY<br>RANCHO DOMINGUEZ, CA 90220 | | ☑ | ☑ | ☐ | TRADE | ☐ | $220,833.52 |
| 3.13 ARDELIA LOVELACE<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $500.00 |
| 3.14 ASMARA INTERNATIONAL LIMITED<br>UNIT 88, TONG YUEN FACTORY<br>BUILDING, 505 CASTEL PEAK<br>ROAD<br>LAI CHI KOD, KOWLOON<br>HONG KONG | | ☑ | ☑ | ☐ | TRADE | ☐ | $18,200.94 |
| 3.15 AT&T<br>P.O. BOX 5019<br>CAROL STREAM, IL 60197-5019 | | ☐ | ☐ | ☐ | UTILITIES | ☐ | $709.41 |
| 3.16 AXE MANAGEMENT LLC<br>[REDACTED ADDRESS] | | ☑ | ☑ | ☐ | SERVICES | ☐ | $1,785.71 |
| 3.17 AZIONE PR, INC.<br>6363 WILSHIRE BLVD.<br>SUITE 300<br>LOS ANGELES, CA 90048 | | ☐ | ☐ | ☐ | TRADE | ☐ | $10,128.31 |
| 3.18 B & B FASTENERS AND TRIMS<br>233 E. GARDENA BLVD<br>GARDENA, CA 90248 | | ☐ | ☐ | ☐ | TRADE | ☐ | $186.20 |
| 3.19 B-HEIM CO. LTD.<br>1302 KOLON DIGITAL TOWER<br>BILLANT II 222-8 GURO3-DONG<br>GURO-GU<br>SEOUL,<br>KOREA | | ☑ | ☑ | ☐ | TRADE | ☐ | $169,023.80 |
| 3.20 B4BC<br>2385 NORWALK AVE<br>LOS ANGELES, CA 90041 | | ☐ | ☐ | ☐ | TRADE | ☐ | $76.00 |
| 3.21 BAD BOYZ TOYZ<br>417 W. 81ST AVE.<br>MERRILLVILLE, TN 46410 | | ☐ | ☐ | ☐ | TRADE | ☐ | $1,446.15 |
| 3.22 BAIHO INTERNATIONAL CO., LTD<br>FLAT A112, 1/F, LEE KA<br>INDUSTRIAL BUILDING, 8 NG FONG<br>STREET, SAN PO KONG<br>KOWLOON,<br>HONG KONG | | ☐ | ☐ | ☐ | TRADE | ☐ | $94,584.60 |
| 3.23 BALDFACE LODGE<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $29,382.27 |
| 3.24 BASIC RESOURCES INC<br>1411 BROADWAY<br>2ND FLOOR<br>NEW YORK, CA 10018 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $200,000.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 3.25 BECKEN PARTNERS HOLDING LTD<br>SUITE 1001-2, ALBION PLAZA<br>2-6 GRANVILLE ROAD<br>TSIM SHA TSUI<br>KOWLOON,<br>HONG KONG | | ☐ ☐ ☐ | TRADE | ☐ | $193,006.08 |
| 3.26 BEN VARNER<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $99.95 |
| 3.27 BENJAMIN MILAM<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $500.00 |
| 3.28 BEST LOGISTICS SOLUTIONS CO.,<br>LTD<br>ROOM 3308, NO.3 BUILDING<br>SOUTHERN CHINA INTERNATIONAL<br>MINZHI STREET, LONGHUA<br>DISTRICT<br>SHENZEN CITY,<br>CHINA | | ☐ ☐ ☐ | SERVICES | ☐ | $52,446.57 |
| 3.29 BEST MERCHANDISE/MATERIAL<br>WORKSHOP<br>QINGSONG ROAD, NO.113, 1F<br>NEW WORLD GARDEN<br>DONGCHENG DISTRICT<br>DONGGUAN GUANGDONG, 523129<br>CHINA | | ☐ ☐ ☐ | TRADE | ☐ | $2,746.89 |
| 3.30 BEVERLY HOLLEY<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $35.00 |
| 3.31 BIDNAMIC<br>701 BRAZOS STREET<br>AUSTIN, TX 78701 | | ☐ ☐ ☐ | SERVICES | ☐ | $14,600.00 |
| 3.32 BIG BROTHER SKATE SHOP<br>1003 ITURBIDE STREET<br>LOREDO, TX 78040 | | ☐ ☐ ☐ | TRADE | ☐ | $679.96 |
| 3.33 BLADE-N-SK8<br>4580 DONIPHAN DR # B<br>EL PASO, TX 79922 | | ☐ ☐ ☐ | TRADE | ☐ | $1,716.50 |
| 3.34 BLINDSIDE<br>600 S. 21ST STREET SUITE 150<br>COLORADO SPRINGS, CO 80904 | | ☐ ☐ ☐ | TRADE | ☐ | $396.25 |
| 3.35 BNT INNOVATIONS PVT. LTD.<br>11A KUTHUSPURAM, 3RD STREET<br>PAPPANAIKKENPALAYAM ROAD<br>TIRUPUR, 641 607<br>INDIA | | ☐ ☐ ☐ | TRADE | ☐ | $106.50 |
| 3.36 BOARD OF WATER SUPPLY<br>CITY AND COUNTY OF HONOLULU<br>630 S. BERETANIA STREET<br>HONOLULU, HI 96843-0001 | | ☐ ☐ ☐ | UTILITIES | ☐ | $531.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 3.37 BONEFIDE PRODUCTIONS<br>30 NEWBURY ST SUITE 3<br>BOSTON, MA 02116 | | ☐ ☐ ☐ | SERVICES | ☐ | $558.03 |
| 3.38 BOX INC.<br>900 JEFFERSON AVE<br>REDWOOD CITY, CA 94063 | | ☐ ☐ ☐ | SERVICES | ☐ | $9,000.00 |
| 3.39 BRAND ID HK LIMITED<br>FLAT A, 15/F, TAM HOP HING<br>INDUSTRIAL BLDG.<br>KWAI CHUNG, HONG KONG,<br>CHINA | | ☐ ☐ ☐ | TRADE | ☐ | $180.90 |
| 3.40 BRAND ID LLC<br>3185 AIRWAY AVENUE<br>BUILDING A<br>COSTA MESA, CA 92626 | | ☐ ☐ ☐ | TRADE | ☐ | $2,203.77 |
| 3.41 BREAKWALL WEST<br>P.O. BOX 3208<br>MANHATTAN BEACH, CA 90266 | | ☐ ☐ ☐ | SERVICES | ☐ | $10,050.00 |
| 3.42 BROTHERS FASHION LTD.<br>HOLDING -1, BLOCK -B, WARD -15<br>VOGRA, 01704<br>BANGLADESH | | ☐ ☐ ☐ | TRADE | ☐ | $319,612.50 |
| 3.43 BRYAN IGUCHI LLC<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $3,500.00 |
| 3.44 BUCKEYE BUSINESS PRODUCTS, INC<br>P.O. BOX 392340<br>CLEVELAND, OH 44193 | | ☐ ☐ ☐ | TRADE | ☐ | $10,454.06 |
| 3.45 CALIFORNIA SUPPLY, INC.<br>P.O. BOX 39150<br>LOS ANGELES, CA 39150 | | ☑ ☑ ☐ | SERVICES | ☐ | $2,384.10 |
| 3.46 CAPITA SNOWBOARDS, LLC<br>2700 W. COMMODORE WAY<br>BUILDING A-1, SUITE 301<br>SEATTLE, WA 98199 | | ☐ ☐ ☐ | TRADE | ☐ | $585.74 |
| 3.47 CARLOS OLIVEIRA<br>C/O TOUS LAW GROUP<br>ATTN DAVID TOUS<br>8502 E CHAPMAN AVE, #606<br>ORANGE, CA 92869 | | ☑ ☑ ☑ | EMPLOYEE MATTER | ☐ | UNDETERMINED |
| 3.48 CARSON INTERNATIONAL<br>208A-1461 JOHNSTON ROAD<br>WHITE ROCK, BC V4B 3Z4<br>CANADA | | ☐ ☐ ☐ | TRADE | ☐ | $19,495.99 |
| 3.49 CARSON LICCIARDI<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $172.40 |
| 3.50 CEINTURE FASHION<br>ACCESSORIES LTD. | | ☑ ☑ ☐ | TRADE | ☐ | $313.60 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | | | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 9F-3, NO. 57, SEC. 3 MINSHENG E. ROAD TAIPEI, 523877 TAIWAN | | | | | | | |
| 3.51 CERTIFIED ENTERPRISES INC. 333 SOUTH ANITA DRIVE SUITE 600 ORANGE, CA 92868 | | ☐ | ☐ | ☐ | TRADE | ☐ | $1,077.50 |
| 3.52 CERTITUDE B-64, SECTOR-83, NOIDA, 201305 INDIA | | ☐ | ☐ | ☐ | TRADE | ☐ | $27,278.20 |
| 3.53 CHAD COLLINS [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $122.96 |
| 3.54 CHIMA IFEDIORANMA [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $3,000.00 |
| 3.55 CHRISTI STELTZ [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $163.80 |
| 3.56 CITY FASHION EXPRESS, INC. P.O. BOX 894829 LOS ANGELES, CA 90189-4829 | | ☐ | ☐ | ☐ | UTILITIES | ☐ | $78.20 |
| 3.57 CITY LOGISTICS & TRANSPORT, INC. P.O. BOX 894833 LOS ANGELES, CA 90189 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $798.00 |
| 3.58 COLOR EXPERTS INTERNATIONAL INC 358 FOXRIDGE DR SW LEESBURG, VA 20175-4419 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $38.88 |
| 3.59 COMPUTER RECYCLER, INC. DBA: THE MAC GUYS 670 W 17TH ST G1 COSTA MESA, CA 92627 | | ☐ | ☐ | ☐ | TRADE | ☐ | $2,175.95 |
| 3.60 CONNECTED INTERNATIONAL INC. 5250 W. CENTURY BLVD. STE. 318 LOS ANGELES, CA 90045 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $5,605.18 |
| 3.61 COREY HARTWYK [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $8.00 |
| 3.62 CORODATA RECORDS MANAGEMENT, INC. P.O. BOX 842638 LOS ANGELES, CA 90084-2638 | | ☐ | ☐ | ☐ | TRADE | ☐ | $932.75 |
| 3.63 CORODATA SHREDDING, INC. P.O. BOX 846137 LOS ANGELES, CA 90084-6137 | | ☐ | ☐ | ☐ | TRADE | ☐ | $57.82 |
| 3.64 CORTECH LLC PO BOX 51697 | | ☑ | ☑ | ☐ | SERVICES | ☐ | $177,820.96 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| LOS ANGELES, CA 90051-5997 | | | | | |
| 3.65 COTTON CLUB (BD) LTD. JARUN (SOUTH), KASHIMPUR GAZIPUR, 01700 BANGLADESH | | ☑ ☑ ☐ | TRADE | ☐ | $186,159.73 |
| 3.66 CUBESHIP CONSOLIDATION COMPANY 385 S. LEMON AVE, SUITE E180 WALNUT, CA 91789 | | ☑ ☑ ☐ | SERVICES | ☐ | $61,553.44 |
| 3.67 CULLIGAN QUENCH 630 ALLENDALE ROAD, SUITE 200 KING OF PRUSSIA, PA 19406 | | ☐ ☐ ☐ | TRADE | ☐ | $1,433.00 |
| 3.68 D'ANDREA VISUAL COMMUNICATION LLC 6100 GATEWAY DR. CYPRESS, CA 90630 | | ☐ ☐ ☐ | TRADE | ☐ | $1,810.93 |
| 3.69 DALIAN JINZHIJIE GARMENTS CO. LTD NO 363 BLDG OF XIAOYANJIA HONG TA VILLAGE YONGZHENG STREET JINZHOU DISTRICT DALIAN, CHINA | | ☐ ☐ ☐ | TRADE | ☐ | $683,861.55 |
| 3.70 DALIAN UTEC DRESS.CO.LTD NO 19, XINGXIAN STREET HIGH TECH INDUSTRIAL ZONE SHANDONG, 110086 CHINA | | ☑ ☑ ☐ | TRADE | ☐ | $79,756.20 |
| 3.71 DANE JEFFERYS [REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $926.50 |
| 3.72 DANILO CEREZINI [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $1,000.00 |
| 3.73 DESIREE MELANCON [REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $450.00 |
| 3.74 DEWEY PEST CONTROL INC. P.O. BOX 7114 PASADENA, CA 91109-7214 | | ☐ ☐ ☐ | TRADE | ☐ | $130.00 |
| 3.75 DIFF BEN CRUDO CONSULTING INC. 4020 ST-AMBROISE SUITE 399 MONTREAL, QC CANADA | | ☐ ☐ ☐ | SERVICES | ☐ | $7,062.00 |
| 3.76 DIGICEL FIJI LIMITED P.O. BOX 13811 SUVA, FIJI | | ☐ ☐ ☐ | TRADE | ☐ | $0.20 |

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 3.77 DIOGO RAMOS DE OLIVEIRA<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $300.00 |
| 3.78 DIRECT EDGE MEDIA, INC<br>2900 E WHITE STATE AVE<br>ANAHEIM, CA 92806 | | ☐ ☐ ☐ | SERVICES | ☐ | $715.39 |
| 3.79 DISCO TECHNOLOGY INC.<br>2261 MARKET STREET, #4742<br>SAN FRANCISCO, CA 94114 | | ☐ ☐ ☐ | TRADE | ☐ | $481.00 |
| 3.80 DISH NETWORK<br>P.O. BOX 94063<br>PALATINE, IL 60094-4063 | | ☐ ☐ ☐ | TRADE | ☐ | $220.08 |
| 3.81 DMV RENEWAL<br>P.O. BOX 942894<br>SACRAMENTO, CA 94294-0895 | | ☐ ☐ ☐ | TRADE | ☐ | $298.00 |
| 3.82 DOCUPHASE LLC<br>13577 FEATHER SOUND DR<br>SUITE 200<br>CLEARWATER, FL 33762 | | ☐ ☐ ☐ | SERVICES | ☐ | $27,500.00 |
| 3.83 DOGREE FASHIONS<br>7075 ROBERT-JONCAS PLACE<br>SUITE 118<br>MONTREAL, QC H4M 2Z2<br>CANADA | | ☐ ☐ ☐ | TRADE | ☐ | $113,206.45 |
| 3.84 DSV AIR & SEA INC.<br>200 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830 | | ☑ ☑ ☐ | SERVICES | ☐ | $42,319.04 |
| 3.85 DUSTIN DOLLIN<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $292.60 |
| 3.86 EAST END APPAREL<br>C-19, SECTOR 3<br>NOIDA, U.P- 201301<br>NOIDA, 110017<br>INDIA | | ☑ ☑ ☐ | TRADE | ☐ | $341,319.91 |
| 3.87 EASTMAN EXPORTS GLOBAL CLOTHING (P) LTD.<br>5/591, SRI LAKSHMI NAGAR<br>PITCHAMPALAYAM PURDUR,<br>TIRUPUR<br>641603<br>INDIA | | ☑ ☑ ☐ | TRADE | ☐ | $404,663.58 |
| 3.88 ECOMPUTER, INC<br>DBA EXCEED GROUP<br>655 WEST GRAND AVE. SUITE 170<br>ELMHURST, IL 60126 | | ☐ ☐ ☐ | SERVICES | ☐ | $5,252.72 |
| 3.89 EFL LOGISTICS<br>491 SUPREME DR, BENSENVILLE,<br>IL 60106 | | ☑ ☑ ☐ | TRADE | ☐ | $103,273.94 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | | | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.90 EGAN WINT<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $1,000.00 |
| 3.91 ELECTRIC<br>1001 CALLE AMANECER<br>SAN CLEMENTE, CA 92673 | | ☐ | ☐ | ☐ | TRADE | ☐ | $32,664.10 |
| 3.92 ELIJAH KNIGHT<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $100.00 |
| 3.93 EMERALD X<br>32753 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0327 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $131,792.00 |
| 3.94 EMI INTERTRAX MUSIC INC.<br>JASON STOKAR<br>75 NINTH AVE. 4TH FLOOR<br>NEW YORK, NY 10011 | | ☐ | ☐ | ☐ | TRADE | ☐ | $10.10 |
| 3.95 ENSO LOGISTICS INC.<br>1830 RAYMER AVE<br>FULLERTON, CA 92833 | | ☐ | ☐ | ☐ | TRADE | ☐ | $54,756.62 |
| 3.96 ENVIRO-BUSINESS SOCIETY<br>5500 CAMPANILE DRIVE<br>SAN DIEGO, CA 92182-7440 | | ☐ | ☐ | ☐ | TRADE | ☐ | $100.00 |
| 3.97 ERMO INDUSTRIAL, S.A. DE C.V.<br>FILLIPINA NO. 68 2 PISO<br>COL. PORTALES C.P.<br>MEXICO, D.F., 03300<br>MEXICO | | ☐ | ☐ | ☐ | TRADE | ☐ | $6,173.22 |
| 3.98 ESTELLE PENSIERO<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $550.00 |
| 3.99 EVERALD PHILLIP<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $1,500.00 |
| 3.100 EVOLUZIONE CORP.<br>A-4 SAN PATRICIO PLAZA<br>GUAYNABO, PR 00968 | | ☐ | ☐ | ☐ | TRADE | ☐ | $1,305.40 |
| 3.101 EXECUTIVE EXPRESS<br>5702 AGNES AVE<br>TEMPLE CITY, CA 91780 | | ☐ | ☐ | ☐ | TRADE | ☐ | $1,348.49 |
| 3.102 EXPLOTION<br>P.O. BOX 266<br>PUERTO RICO, PR 00960 | | ☐ | ☐ | ☐ | TRADE | ☐ | $287.62 |
| 3.103 FABSTRACT CLOTHING INDIA PVT. LTD<br>C-57, HOSIERY COMPLEX PHASE II<br>UTTAR PRADESH<br>NOIDA, 201305<br>INDIA | | ☑ | ☑ | ☐ | TRADE | ☐ | $14,274.60 |
| 3.104 FAR WEST TECHNOLOGIES, LLC.<br>17731 MITCHELL N | | ☐ | ☐ | ☐ | SERVICES | ☐ | $13,000.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C – U – D | Basis for Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- |
| SUITE 200<br>IRVINE, CA 92614 | | | | | |
| 3.105 FASHION GRAPHICS<br>10870 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708 | | ☑ ☑ ☐ | TRADE | ☐ | $13,882.40 |
| 3.106 FEDERAL EXPRESS<br>P.O. BOX 371741<br>PITTSBURGH, PA 15250-7741 | | ☑ ☑ ☐ | SERVICES | ☐ | $463,492.51 |
| 3.107 FELIPE GOMEZ<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $1,600.00 |
| 3.108 FITLE<br>13 PL DES DOMINOS<br>COURBEVOIE, 92400<br>FRANCE | | ☐ ☐ ☐ | SERVICES | ☐ | $2,889.88 |
| 3.109 FLAMINGOS<br>2727 FAIRFIELD COMMONS RD.<br>BEAVERCREEK, OH 45431 | | ☐ ☐ ☐ | TRADE | ☐ | $126.96 |
| 3.110 FLANNIGAN'S WELDING,<br>HYDRAULIC & ELECTRICAL<br>SERVICE<br>ELECTRICAL SERVICE<br>JOHN M FLANNIGAN<br>13054 ROSWELL AVE<br>CHINO, CA 91710 | | ☐ ☐ ☐ | TRADE | ☐ | $5,419.39 |
| 3.111 FLEXFIT LLC<br>625 COLUMBIA ST.<br>BREA, CA 92821 | | ☑ ☑ ☐ | TRADE | ☐ | $416,069.37 |
| 3.112 FORTER INC.<br>575 FIFTH AVE<br>NEW YORK, CA 10017 | | ☐ ☐ ☐ | SERVICES | ☐ | $2,696.30 |
| 3.113 FRAMEWORK GROUP LLC<br>195 AVENIDA LA PATA<br>SAN CLEMENTE, CA 92673-6307 | | ☐ ☐ ☐ | SERVICES | ☐ | $175.00 |
| 3.114 FRANK CHARLES MIRANDA, P.A.<br>3226 W. CYPRESS STREET<br>TAMPA, FL 33607 | | ☐ ☐ ☐ | SERVICES | ☐ | $1,373.75 |
| 3.115 FREESTYLE VENTURES<br>P.O. BOX N-865<br>NASSAU,<br>BAHAMAS | | ☐ ☐ ☐ | TRADE | ☐ | $202.37 |
| 3.116 FUJIAN UPTOP TRADING CO. LTD<br>18 F, 2HONGFU PLAZA. NO 92<br>DONGJIE ROAD, FUZHOU<br>CHINA | | ☑ ☑ ☐ | TRADE | ☐ | $61,667.08 |
| 3.117 GABBACADABRA LLC.<br>YO GABBA GABBA/W!ILD BRAIN<br>ENT | | ☐ ☐ ☐ | TRADE | ☐ | $3.94 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 15000 VENTURA BLVD., 3RD FLOOR SHERMAN OAKS, CA 91403-5471 | | | | | |
| 3.118 GEAR RE-STORE USA , INC. 12351 GRANT ST STE 340 THORNTON, CO 80241 | | ☐ ☐ ☐ | TRADE | ☐ | $285.00 |
| 3.119 GENOMIC LIFE, INC. ACCOUNTS RECEIVABLE P.O. BOX 102887 PASADENA, CA 91189-2887 | | ☐ ☐ ☐ | SERVICES | ☐ | $1,075.14 |
| 3.120 GFM TELAS PARRAS, S.A. DE C.V. AV. ARQ PEDRO RAMIREZ VAZQUEZ NO 200-10, COL. VALLE ORIENTE NUEVO LE'ON, C.P, 66269 MEXICO | | ☐ ☐ ☐ | TRADE | ☐ | $137.75 |
| 3.121 GFM TEXTILES ITALIA S.R.L. SEDE LEGALE VIALE GRAMSCI. 17/B-801222 NAPOLI C.F.-P.IVA, 2400540643 ITALY | | ☐ ☐ ☐ | TRADE | ☐ | $22.10 |
| 3.122 GIN POLO CO., LTD [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $9,165.35 |
| 3.123 GIOVANNI VIANNA GALERA [REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $30,000.00 |
| 3.124 GLADLY SOFTWARE, INC. 423 BROADWAY 503 MILLBRAE, CA 94030 | | ☐ ☐ ☐ | TRADE | ☐ | $18,341.22 |
| 3.125 GOOGLE INC. P.O. BOX 883654 LOS ANGELES, CA 90088-3654 | | ☐ ☐ ☐ | SERVICES | ☐ | $117,438.03 |
| 3.126 GRAMTECH KNIT, DYING, FIN. & GARM. IND LTD DAHARGAON, BALIAPARA, RUPGONJ NARAYANGONJ, 1460 BANGLADESH | | ☑ ☑ ☐ | TRADE | ☐ | $329,114.33 |
| 3.127 GRANDVIEW DISTRIBUTION 450 MELROSE DR SUITE 122 VISTA, CA 92081 | | ☐ ☐ ☐ | TRADE | ☐ | $100.00 |
| 3.128 GRANGER CLARK [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $79.32 |
| 3.129 GRISWOLD INDUSTRIES P.O. BOX 1325 NEWPORT BEACH, CA 92659-0325 | | ☐ ☐ ☐ | RENT RELATED | ☐ | $60,915.40 |
| 3.130 GSS SOURCING (SHANGHAI) LTD. | | ☑ ☑ ☐ | TRADE | ☐ | $890,908.23 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 8F, BLDG 3, ZHUJIANG CHUANGY CENTER, NO.695 LINSHI RD. JINGAN DIST. SHANGHAI, 200072 CHINA | | | | | |
| 3.131 [REDACTED NAME] [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $840.00 |
| 3.132 GXS INC. 29144 NETWORK PLACE CHICAGO, IL 60673-1291 | | ☐ ☐ ☐ | TRADE | ☐ | $948.81 |
| 3.133 HAWAIIAN ELECTRIC COMPANY, INC P.O. BOX 30260 HONOLULU, HI 96820-0260 | | ☐ ☐ ☐ | UTILITIES | ☐ | $1,623.75 |
| 3.134 HAWAIIAN TELCOM P.O. BOX 30770 HONOLULU, HI 96820-0770 | | ☐ ☐ ☐ | UTILITIES | ☐ | $181.80 |
| 3.135 HEDERA INTERNATIONAL TRADING LIMITED ROOM 2, GROUND FLOOR NO 61 MODY ROAD TSIM SHA TSUI HONG KONG | | ☑ ☑ ☐ | TRADE | ☐ | $20,333.00 |
| 3.136 HERATIJ INC 513 BLOOMFIELD AVE MONTELAIR, NJ 07042 | | ☐ ☐ ☐ | TRADE | ☐ | $206.88 |
| 3.137 HRITNIK EXPORT PVT. LTD. D-143, HOSIERY COMPLEX PHASE-2 EXTENSION UTTAR PRADESH NOIDA, 201305 INDIA | | ☐ ☐ ☐ | TRADE | ☐ | $4,849.50 |
| 3.138 HSS MILILANI PARTNERS DBA HAWAII SELF STORAGE 233 AKAMAINUI STREET MILIANI, HI 96789 | | ☐ ☐ ☐ | TRADE | ☐ | $52.35 |
| 3.139 IDENTITY 312 S. 7TH STREET KLAMUTH FALLS, OR 97601 | | ☐ ☐ ☐ | TRADE | ☐ | $1,155.00 |
| 3.140 IMG MODELS ATTN: SERVICE COMPTABILITE 20 RUE DE LA BAUME PARIS, 75008 FRANCE | | ☐ ☐ ☐ | TRADE | ☐ | $54.67 |
| 3.141 IMPACT TECH, INC 223 EAST DE LA GUERRA SANTA BARBARA, CA 93101 | | ☐ ☐ ☐ | SERVICES | ☐ | $26,018.52 |
| 3.142 INDUS INTEX PVT LTD | | ☐ ☐ ☐ | TRADE | ☐ | $303,804.49 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| SURVEY NO.13 , SHIVAGANGE VILLAGE, SOMPURA HOBLI NELAMANGALA TALUK BANGALORE RURAL DIST, 562111 INDIA | | | | | |
| 3.143 INFINITY APPARELS LIMITED ROOM 1701, TITAN TOWER, #535 TIANTONG SOUTH ROAD NINGBO, 315199 CHINA | | ☑ ☑ ☐ | TRADE | ☐ | $952,103.17 |
| 3.144 INGR8, LLC. DBA JASON SHERWIN 3611 E VISTA STREET LONG BEACH, CA 90803 | | ☐ ☐ ☐ | TRADE | ☐ | $300.00 |
| 3.145 INKWRIGHT, LLC 5822 RESEARCH DR. HUNTINGTON BEACH, CA 92649 | | ☐ ☐ ☐ | TRADE | ☐ | $29,130.64 |
| 3.146 INNOVATIVE SYSTEMS LLC P.O. BOX 743722 ATLANTA, GA 30374-3722 | | ☐ ☐ ☐ | SERVICES | ☐ | $65,242.71 |
| 3.147 INTERNATIONAL CLOTHING HOUSE 50/10-2, CUNNINGHAM ROAD BANGALORE, 560052 INDIA | | ☐ ☐ ☐ | TRADE | ☐ | $1,297.79 |
| 3.148 INVESTIGATIVE CONSULTANTS 14979 PRAIRIE AVE. LAWNDALE, CA 90260 | | ☐ ☐ ☐ | TRADE | ☐ | $70.24 |
| 3.149 IRON MOUNTAIN P.O. BOX 601002 PASADENA, CA 91189-1002 | | ☐ ☐ ☐ | SERVICES | ☐ | $427.63 |
| 3.150 IRVINE RANCH WATER DISTRICT P.O. BOX 51403 LOS ANGELES, CA 90051-5703 | | ☐ ☐ ☐ | UTILITIES | ☐ | $339.52 |
| 3.151 [REDACTED NAME] [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $175.00 |
| 3.152 J'SON INTERNATIONAL GROUP CO. 11/F., AXA CENTRE 151 GLOUCESTER RD. WAN CHAI, HONG KONG | | ☐ ☐ ☐ | TRADE | ☐ | $20,267.97 |
| 3.153 JACK ROBINSON PRODUCTIONS PTY LTD [REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $83,335.00 |
| 3.154 JACQUELINE MARTINEZ [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $22.71 |
| 3.155 JAKE DUNCOMBE | | ☐ ☐ ☐ | TRADE | ☐ | $75.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | | | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| [REDACTED ADDRESS] | | | | | | | |
| 3.156 JAKE MELHAM [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $14.46 |
| 3.157 JAMIE HEINRICH [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $44.72 |
| 3.158 JANE HEITING C/O TAULER SMITH LLP ATTN MATTHEW SMITH, ESQ. 626 WILSHIRE BLVD. SUITE 550 LOS ANGELES, CA 90017 | | ☑ | ☑ | ☑ | INVASION OF PRIVACY | ☐ | UNDETERMINED |
| 3.159 JAS FORWARDING (USA), INC. DEPT 3570 P.O. BOX 123570 DALLAS, TX 75312-3570 | | ☐ | ☐ | ☐ | TRADE | ☐ | $3,309.74 |
| 3.160 JAVIER CAGIGAS [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $50.71 |
| 3.161 JDT TECHNOLOGIES OF NEW YORK, INC 921 PENINSULA BLVD WOODMERE, NY 11598 | | ☐ | ☐ | ☐ | TRADE | ☐ | $644.64 |
| 3.162 JEFF BUSSE [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $19.37 |
| 3.163 JEHSONTEX HONGKONG LIMITED WORKSHOP B2, 25/F TML TOWER, NO. 3 HOI SING ROAD TSUEN WAN, HONG KONG | | ☐ | ☐ | ☐ | TRADE | ☐ | $159,554.98 |
| 3.164 JINYU FASHION ACCESSORIES CO. RM1501, MILLENNIUM CITY 5 418 SWUN TONG RD. HONG KONG, CHINA | | ☐ | ☐ | ☐ | TRADE | ☐ | $1,564.69 |
| 3.165 JOHN GRAZIADEI [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $207.32 |
| 3.166 JOHN LAZZARESCHI [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $75.00 |
| 3.167 JULIAN JEANG-AGLIARDI [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $300.00 |
| 3.168 KANAME MOURI [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $500.00 |
| 3.169 KEEN VISION SYSTEMS, LLC 4760 WOODVIEW DRIVE SANTA ROSA, CA 95405 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $293.75 |
| 3.170 KEEPCOOL USA LLC 25 ORINDA WAY SUITE 210 | | ☐ | ☐ | ☐ | TRADE | ☐ | $50,682.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| ORINDA, CA 94563 | | | | | |
| 3.171 KELSEY LESESKY [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $100.00 |
| 3.172 KELSEY MITCHEL [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $167.20 |
| 3.173 KGS SOURCING LIMITED 20/F, LU PLAZA, 2 WING YIP ST. KWUN TONG, KOWLOON HONG KONG | | ☐ ☐ ☐ | TRADE | ☐ | $25,891.38 |
| 3.174 KING MAX TEXTILE LTD. 10F-1, NO.180, SEC 2, DUNHUA TAIPEI TAIWAN | | ☐ ☐ ☐ | TRADE | ☐ | $612.48 |
| 3.175 KJ SPORTSWEAR (NANJING) CO., LTD 16F/C, 32 ZHONGYANG ROAD JIANGSU, 224005 CHINA | | ☑ ☑ ☐ | TRADE | ☐ | $385,507.91 |
| 3.176 KJ SPORTSWEAR HONG KONG UNIT 1205, 12/F., SINO PLAZA 255 GLOUCESTER RD, CAUSEWAY BAY HONG KONG, 225101 CHINA | | ☐ ☐ ☐ | TRADE | ☐ | $749.50 |
| 3.177 KLAVIYO, INC. 125 SUMMER ST FLOOR 6 BOSTON, MA 02111 | | ☐ ☐ ☐ | SERVICES | ☐ | $44,389.07 |
| 3.178 KRISTINA DAVILA [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $14.06 |
| 3.179 KWONG LUNG ENTERPRISE CO., LTD P.O. BOX 1700 16TH FL., NO. 105 SEC. 2 TUN-HWA S.R.D. TAIPEI, TAIWAN | | ☐ ☐ ☐ | TRADE | ☐ | $529,000.24 |
| 3.180 KWONTIFIED LLC P.O. BOX 2742 SEATTLE, WA 98111 | | ☐ ☐ ☐ | TRADE | ☐ | $11,500.00 |
| 3.181 LABELTEX MILLS, INC. 5201 - 5301 S. SANTA FE AVE. VERNON, CA 90058 | | ☐ ☐ ☐ | TRADE | ☐ | $42.00 |
| 3.182 LANE SEVEN APPAREL 5082 4TH ST, IRWINDALE, CA 91706 | | ☑ ☑ ☐ | TRADE | ☐ | $35,131.50 |
| 3.183 LETICIA BUFONI ESILVA [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $2,083.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.184 LEVITATION PARTNERS LLC<br>2307 E 13TH STREET<br>AUSTIN, TX 78702 | | ☐ | ☐ | ☐ | TRADE | ☐ | $624.02 |
| 3.185 LIBERATED BRANDS CANADA, INC.<br>5524 ST-PATRICK, SUITE #570<br>MONTREAL, QC H4E 1A8<br>CANADA | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $757,900.73 |
| 3.186 LIBERATED BRANDS INTERNATIONAL, INC.<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $4,574,690.00 |
| 3.187 LIBERATED BRANDS JAPAN GK<br>ATTN: EDDIE MIYOSHI<br>3-8-7 SENDAGAYA<br>SHIBUYA-KU<br>TOKYO, 150-0051<br>JAPAN | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $208,329.26 |
| 3.188 LIBERATED BRANDS JAPAN GK<br>ATTN: EDDIE MIYOSHI<br>3-8-7 SENDAGAYA<br>SHIBUYA-KU<br>TOKYO, 150-0051<br>JAPAN | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $32,301.93 |
| 3.189 LIBERATED BRANDS JAPAN GK<br>ATTN: EDDIE MIYOSHI<br>3-8-7 SENDAGAYA<br>SHIBUYA-KU<br>TOKYO, 150-0051<br>JAPAN | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $16,725,722.27 |
| 3.190 LIBERATED BRANDS LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $53,929,822.66 |
| 3.191 LIBERATED BRANDS USA LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $380,581.47 |
| 3.192 LIBERTY REP CO LLC<br>238 LEGACY HILLS<br>NEW BRAUNSFELS, TX 78132 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $71.55 |
| 3.193 LISTRAK, INC.<br>529 E. MAIN ST<br>LITITZ, PA 17543 | | ☐ | ☐ | ☐ | TRADE | ☐ | $2,651.34 |
| 3.194 LIU CHIAO INDUSTRIAL CO., LTD.<br>NO. 25, LANE 83, HUACIAO STREET<br>HUATAN SHIANG, CHANG HUA HSIEN<br>DONGGUAN,<br>TAIWAN | | ☐ | ☐ | ☐ | TRADE | ☐ | $809,968.40 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.195   LUCKYREV LLC<br>5587 LENOX HILL CT<br>LAS VEGAS, NV 89135 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $49,444.53 |
| 3.196   LUIS ZARAGOZA<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $21.94 |
| 3.197   LUMINA DATAMATICS, INC<br>600 CORDWAINER DRIVE, STE 103<br>NORWELL, MA 02061 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $4,050.00 |
| 3.198   MAD ENGINE GLOBAL, LLC<br>MAD ACQUISITION CORPORATION<br>7 STUDEBAKER<br>IRVINE, CA 92618 | | ☐ | ☐ | ☐ | TRADE | ☐ | $7,802.36 |
| 3.199   MAJESTIC EXPORTS<br>9 &10, MALLIGAI NAGAR<br>COLLAGE RD., TIRUPUR<br>TAMIL NADU, 641602<br>INDIA | | ☑ | ☑ | ☐ | TRADE | ☐ | $148,136.30 |
| 3.200   MAMMOTH MOUNTAIN SKI AREA, LLC<br>P.O. BOX 24<br>MAMMOTH LAKES, CA 93546 | | ☐ | ☐ | ☐ | TRADE | ☐ | $800.00 |
| 3.201   MANNEQUIN MODELS<br>P.O. BOX 3939<br>COSTA MESA, CA 92628 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $6,660.00 |
| 3.202   MARC RAZO<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $500.00 |
| 3.203   [REDACTED NAME]<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $1,000.00 |
| 3.204   MARK ADKINS<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $9.33 |
| 3.205   MARK LANDVIK<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $2,986.05 |
| 3.206   MARTENSON. HASBROUCK & SIMON LLP<br>2573 APPLE VALLEY ROAD NE<br>ATLANTA, GA 30319 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $3,595.20 |
| 3.207   MASSIVE EMBROIDERY<br>3000 WALNUT<br>LONG BEACH, CA 90807 | | ☐ | ☐ | ☐ | TRADE | ☐ | $178.51 |
| 3.208   MATT MCCABE<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $200.00 |
| 3.209   MAX JANG<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $150.00 |
| 3.210   MEGAVICK EXPORTS LLP<br>B-29 SECTOR-57<br>NOIDA GAUTAM NAGAR<br>NOIDA, 201301 | | ☑ | ☑ | ☐ | TRADE | ☐ | $41,128.15 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| INDIA | | | | | |
| 3.211 MEMTEKS USA<br>355 MALLARD LANE SUITE 200<br>EARLYSVILLE, VA 22936 | | ☐ ☐ ☐ | TRADE | ☐ | $40,189.26 |
| 3.212 MEMTEKS-USA INC.<br>C/O KUTAK ROCK LLP<br>1021 EAST CARY STREET<br>STE 810<br>RICHMOND, VA 23219 | | ☑ ☑ ☑ | COMMERCIAL | ☐ | UNDETERMINED |
| 3.213 MESA WATER DISTRICT<br>PAYMENT PROCESSING CENTER<br>P.O. BOX 6513<br>PASADENA, CA 91109-6500 | | ☐ ☐ ☐ | UTILITIES | ☐ | $942.41 |
| 3.214 META PLATFORMS, INC.<br>1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | | ☐ ☐ ☐ | SERVICES | ☐ | $151,381.91 |
| 3.215 MIA STEARNS<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $7.32 |
| 3.216 MICHAEL RAVELSON<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $1,250.00 |
| 3.217 MICROSOFT LICENSING, GP<br>1950 N STEMMONS FWY<br>STE 5010 LB #842467<br>DALLAS, TX 75207 | | ☐ ☐ ☐ | SERVICES | ☐ | $40,703.62 |
| 3.218 MONCATA ENTERPRISES<br>44-585 C KANEOHE BAY DR.<br>KANEOHE, HI 96744-2561 | | ☐ ☐ ☐ | SERVICES | ☐ | $1,200.00 |
| 3.219 MOTIVE ENERGY, INC.<br>125 E. COMMERCIAL ST<br>BLDG B<br>ANAHEIM, CA 92801 | | ☐ ☐ ☐ | TRADE | ☐ | $761.01 |
| 3.220 MP LOS ANGELES, LLC<br>DBA SELECT MODEL<br>MANAGEMENT<br>420 LINCOLN RD STE 406<br>MIAMI BEACH, CA 33139 | | ☐ ☐ ☐ | SERVICES | ☐ | $1,800.00 |
| 3.221 MT. EVEREST SKI SHOP<br>318 THIRD AVE<br>WESTWOOD, NJ 07675 | | ☐ ☐ ☐ | TRADE | ☐ | $36.00 |
| 3.222 MUNDORAD LLC.<br>P.O BOX 103<br>ISABELA, PR 00662 | | ☐ ☐ ☐ | SERVICES | ☐ | $1,333.00 |
| 3.223 NATIONAL CONSTRUCTION<br>RENTALS INC.<br>P.O. BOX 841461<br>LOS ANGELES, CA 90084-1461 | | ☐ ☐ ☐ | TRADE | ☐ | $199.79 |
| 3.224 NICOLE SPENCER | | ☐ ☐ ☐ | TRADE | ☐ | $111.33 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| [REDACTED ADDRESS] | | ☐ ☐ ☐ | | | |
| 3.225 NIKITA TUFFIER<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $186.75 |
| 3.226 NINGBO EVERSHINE IMPORT & EXPORT CO., LTD<br>17F, RIYUEXINGZUO MANSION NO.7 TIANZHI LANE, YINZHOU NINGBO, ZHEJIANG, CHINA | | ☐ ☐ ☐ | TRADE | ☐ | $46,902.46 |
| 3.227 NINGBO JEHSON TEXTILES<br>13TH FLOOR, BLOCK A1, LI YUAN, SHANG DU BLDG #203 LANTIAN RD.<br>NINGBO, 315012<br>CHINA | | ☑ ☑ ☐ | TRADE | ☐ | $1,941,951.06 |
| 3.228 NITEL, LLC<br>LOCKBOX DEPT 4929<br>CAROL STREAM, IL 60122-4929 | | ☐ ☐ ☐ | UTILITIES | ☐ | $8,692.18 |
| 3.229 NITRO AG<br>IM BOSCH 104<br>HUNENBERG, CH-6331<br>SWITZERLAND | | ☐ ☐ ☐ | SERVICES | ☐ | $9,275.27 |
| 3.230 NOA DEANE PTY LTD<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $2,000.00 |
| 3.231 NOMADIX SPC<br>2923 LAKEWOOD VILLAGE DR.<br>N. LITTLE ROCK, AR 72116 | | ☐ ☐ ☐ | TRADE | ☐ | $156.47 |
| 3.232 OCCUPATIONAL SAFETY AND HEALTH (OSHA)<br>2520 VENTURE OAKS WAY SUITE 300<br>SACRAMENTO, CA 95833 | | ☐ ☑ ☐ | HEALTH & SAFETY | ☐ | $51,325.00 |
| 3.233 OCTOBER TRADING CO., LTD.<br>NO. 393, FULIN ROAD, XITUN DISTRICT<br>TAICHUNG CITY 407681<br>TAICHUNG CITY, 407681<br>TAIWAN | | ☑ ☑ ☐ | TRADE | ☐ | $214,636.80 |
| 3.234 OEC FREIGHT COMPANIES INC.-SEA<br>500 NACHES AVE SW STE 100<br>RENTON, WA 98057 | | ☑ ☑ ☐ | SERVICES | ☐ | $319,629.81 |
| 3.235 OIA GLOBAL<br>OREGON INTL AIRFREIGHT CO<br>2100 SW RIVER PARKWAY<br>PORTLAND, OR 97201 | | ☑ ☑ ☐ | TRADE | ☐ | $107,787.11 |
| 3.236 OLIVIA SHIELDS<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $480.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 3.237 OPTIMA COTTON WEAR INC.<br>8050 E. CRYSTAL DR.<br>ANAHEIM, CA 92807 | | ☐ ☐ ☐ | TRADE | ☐ | $156,144.01 |
| 3.238 ORANGE SOLUTIONS CONFERENCING<br>29, RUE DES HAUTES<br>NANTERRE AU CAPITAL DE 210<br>NANTERRE, 92000<br>FRANCE | | ☐ ☐ ☐ | TRADE | ☐ | $13.90 |
| 3.239 ORIGINAL J.Y. & T CO. LTD<br>7F., NO.6, LN609, SEC.5<br>CHONGXIN RD., SANCHONG DIST.<br>ORIGINAL J<br>350000<br>TAIWAN | | ☐ ☐ ☐ | TRADE | ☐ | $30.00 |
| 3.240 PABST BREWING COMPANY LLC<br>1639 11TH ST, SUITE 263<br>SANTA MONICA, CA 90404 | | ☐ ☐ ☐ | TRADE | ☐ | $105.31 |
| 3.241 PACIFIC COAST EXPRESS (PCX)<br>10299 GRACE ROAD<br>SURREY, BC V3V 3V7<br>CANADA | | ☑ ☑ ☐ | TRADE | ☐ | $20,084.43 |
| 3.242 PASSERELLE CORP<br>P.O. BOX 2354<br>SOUTH PORTLAND, ME 04116 | | ☐ ☐ ☐ | SERVICES | ☐ | $3,900.00 |
| 3.243 PEARSON CASTNER<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $30.52 |
| 3.244 PETER HEWITT<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $500.00 |
| 3.245 PHIL MCKENZIE LLC<br>[REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $500.00 |
| 3.246 PHONG PHU HOME TEXTILE JSC<br>HANH TRI HAMLET, QUANG SON<br>COMMUNE, NINH SON DIST., NINH<br>THUAN PROVINCE<br>VIETNAM | | ☐ ☐ ☐ | TRADE | ☐ | $29,243.91 |
| 3.247 PHOTOGENICS LLC<br>8549 HIGUERA STREET<br>CULVER CITY, CA 90232 | | ☐ ☐ ☐ | TRADE | ☐ | $600.00 |
| 3.248 PLANET TECHNOLOGY LLC<br>800 HILLGROVE AVENUE<br>SUITE 201<br>WESTERN SPRINGS, IL 60558 | | ☐ ☐ ☐ | SERVICES | ☐ | $23,352.00 |
| 3.249 PMD INDUSTRIES, INC.<br>DBA EIE ELECTRIC<br>703 RANDOLPH AVE.<br>COSTA MESA, CA 92626 | | ☐ ☐ ☐ | TRADE | ☐ | $23,377.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 3.250 PRIORITY WORKFORCE, INC. PRIORITY BUSINESS SERVICES INC P.O. BOX 15667 SANTA ANA, CA 92735 | | ☐ ☐ ☐ | SERVICES | ☐ | $11,233.05 |
| 3.251 PT PIPPELINE TECHNOLOGIES INDONESIA JL. MERUYA ILIR NO. 88 BUSINESS PARK KEBON JERUK BLOK E1-10, MERUYA UTARA, KEMBANGAN JAKARTA BARAT DKI JA, 11620 INDONESIA | | ☐ ☐ ☐ | SERVICES | ☐ | $4,703.89 |
| 3.252 QTNP APPARELS JSC NO 18. PLOT 8 RESETTLEMENT AREA LONG BIEN WARD HA NOI, VIETNAM | | ☑ ☑ ☐ | TRADE | ☐ | $467,445.06 |
| 3.253 QUADIENT FINANCE USA, INC. P.O BOX 6813 CAROL STREAM, IL 60197-6813 | | ☐ ☐ ☐ | TRADE | ☐ | $2,860.48 |
| 3.254 QUADIENT LEASING USA, INC DEPT 3682 P.O. BOX 123682 DALLAS, TX 75312-3682 | | ☐ ☐ ☐ | TRADE | ☐ | $1,960.08 |
| 3.255 RACHEL GETTMAN [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $160.73 |
| 3.256 RACHELLESKATE, INC. RACHELLE VINBERG 200 PARK AVE SOUTH NEW YORK, NY 10003 | | ☐ ☐ ☐ | SERVICES | ☐ | $397.90 |
| 3.257 RAYMOND HANDLING SOLUTIONS INC FILE 1700 1801 W. OLYMPIC BLVD PASADENA, CA 91199-1700 | | ☑ ☑ ☐ | TRADE | ☐ | $20,295.58 |
| 3.258 REFUNDSMANAGER INC 1728 57 STREET BROOKLYN, NY 11204 | | ☐ ☐ ☐ | TRADE | ☐ | $1,602.38 |
| 3.259 RICARDO DELGADO [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $500.00 |
| 3.260 RICHARD IRIZARRY [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $300.00 |
| 3.261 [REDACTED NAME] [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $175.00 |
| 3.262 ROGER CRUZ [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $280.00 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.263 RUDONG KNITIT FASHION ACCESSORIES<br>NO18, HUAGNHE ROAD<br>RUDONG COUNTY, NANTONG CITY<br>JIANGSU PROVINCE<br>226400<br>CHINA | | ☐ | ☐ | ☐ | TRADE | ☐ | $18,686.54 |
| 3.264 RYTEBOX, LLC<br>1440 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10018 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $1,180.00 |
| 3.265 SANCTUARY RECORDS GROUP, INC.<br>ATTN JENNIFER GOODMAN<br>75 NINTH AVE.<br>NEW YORK, NY 10011 | | ☐ | ☐ | ☐ | TRADE | ☐ | $108.95 |
| 3.266 SEBASTIAN PICARD<br>[REDACTED ADDRESS] | | ☐ | ☐ | ☐ | SERVICES | ☐ | $200.00 |
| 3.267 SEES GLOBAL INC.<br>612 SUNTEC CITY 2 307-2<br>SANGDAEWON-DONG JUNGWON-GU<br>SEOUL, 13210<br>KOREA | | ☐ | ☐ | ☐ | TRADE | ☐ | $341,378.55 |
| 3.268 SHEICO (SHEI CHUNG HSIN) CO., LTD.<br>NO. 27, LN. 128, XIHE 1ST RD<br>WUJIE TOWNSHIP<br>YILAN COUNTY<br>26847<br>TAIWAN | | ☑ | ☑ | ☐ | TRADE | ☐ | $1,162.20 |
| 3.269 SLTWTR, INC<br>529 E. GUTIERREZ ST, A<br>SANTA BARBARA, CA 93103 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $30,000.00 |
| 3.270 SMART PROTECTION SL<br>CALLE PASEO CASTELLANA 163<br>MADRID, 28046<br>SPAIN | | ☐ | ☐ | ☐ | TRADE | ☐ | $2,550.00 |
| 3.271 SML (USA) INC<br>777 MAIN ST<br>LEWISTON, ME 04240 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $8,640.00 |
| 3.272 SNT ENCHANT BOARDSPORTS<br>2130 REDONDO BEACH BLVD. #C<br>TORRANCE, CA 90504 | | ☐ | ☐ | ☐ | TRADE | ☐ | $667.65 |
| 3.273 SO CAL GAS<br>P.O. BOX C<br>MONTEREY PARK, CA 91756-5111 | | ☐ | ☐ | ☐ | UTILITIES | ☐ | $1,032.78 |
| 3.274 SPECTRA APPAREL | | ☑ | ☑ | ☐ | TRADE | ☐ | $22,952.50 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 5521 SHAEFER AVE. CHINO, CA 91710 | | ☐ | ☐ | ☐ | | ☐ | |
| 3.275 SPROUT SOCIAL, INC DEPT. CH 17275 PALATINE, IL 60055-7275 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $14,488.02 |
| 3.276 STATE INSURANCE FUND DISABILITY BENEFITS P.O. BOX 5261 BINGHAMTON, NY 13902 | | ☐ | ☐ | ☐ | TRADE | ☐ | $164.88 |
| 3.277 STATE OF HAWAII WASTEWATER BRANCH ENVIRONMENTAL DIVISION 919 ALA MOAN BLVD ROOM 309 HONOLULU, HI 96814 | | ☐ | ☐ | ☐ | TRADE | ☐ | $100.00 |
| 3.278 STELLA REYNOLDS [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $500.00 |
| 3.279 STEVAN JEZDIMIROVIC C/O SULLIVAN & YAECKEL LAW GROUP APC ATTN RYAN KUHN 2330 THIRD AVE. SAN DIEGO, CA 92101 | | ☑ | ☑ | ☑ | FALSE ADVERTISING | ☐ | UNDETERMINED |
| 3.280 STEVEN MANFREDI [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $35.00 |
| 3.281 STEVENS GLOBAL LOGISTICS P.O. BOX 729 LAWNDALE, CA 90260-0729 | | ☐ | ☐ | ☐ | TRADE | ☐ | $647.14 |
| 3.282 SUNPAC STORAGE CONTAINERS, INC 31 RANCHO CIRCLE LAKE FOREST, CA 92630 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $1,680.69 |
| 3.283 SURROUNDINGS INC. 3F, NO.230, SEC.5 NANJING EAST ROAD TAIPEI, CHINA | | ☑ | ☑ | ☐ | TRADE | ☐ | $1,020.00 |
| 3.284 T-MOBILE P.O. BOX 742596 CINCINNATI, OH 45274-2596 | | ☐ | ☐ | ☐ | UTILITIES | ☐ | $9,659.18 |
| 3.285 TALK ABOUT CURING AUTISM 2222 MARTIN ST #140 IRVINE, CA 92612 | | ☐ | ☐ | ☐ | TRADE | ☐ | $4,374.39 |
| 3.286 TAYLOR BLAKE DEXTER [REDACTED ADDRESS] | | ☐ | ☐ | ☐ | TRADE | ☐ | $125.00 |
| 3.287 TEAM MANUFACTURING COMPANY LTD ABC HERITAGE (4TH & 5TH FLOOR) | | ☑ | ☑ | ☐ | TRADE | ☐ | $301,836.64 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| 2 & 4 JASHIMUDDIN AVENUE SECTOR-3, UTTARA DHAKA, BANGLADESH | | | | | |
| 3.288 TECH WINNING INDUSTRIAL CO., LTD 8F, NO.232 SEC.3, CHENGTEH RD. TAIPEI, TAIWAN | | ☑ ☑ ☐ | TRADE | ☐ | $480,821.11 |
| 3.289 TED SOLOMAN TRUCKING, INC P.O. BOX 91738 LOS ANGELES, CA 90009 | | ☑ ☑ ☐ | SERVICES | ☐ | $20,872.47 |
| 3.290 THE BRETHREN, INC. DBA FIRE SAFETY FIRST 1170 E. FRUIT STREET SANTA ANA, CA 92701 | | ☐ ☐ ☐ | TRADE | ☐ | $200.00 |
| 3.291 THE IRVINE COMPANY, LLC P.O. BOX 846410 LOS ANGELES, CA 90084-6410 | | ☐ ☐ ☐ | RENT RELATED | ☐ | $20,909.51 |
| 3.292 THE JLA PROJECT 75602 CAMINO DE PLATA INDIAN WELLS, CA 92210 | | ☐ ☐ ☐ | SERVICES | ☐ | $3.00 |
| 3.293 THOMPSON INDUSTRIAL SUPPLY 10222 6TH STREET RANCHO CUCAMONGA, CA 91730 | | ☐ ☐ ☐ | TRADE | ☐ | $1,639.47 |
| 3.294 TIM SNAIL [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $22.18 |
| 3.295 TING JI HANDBAG (HONG KONG) LTD. UNIT 08 & 09, 11 FLOOR SHUN FAT IND. BLDG., 17 WANG HOI ROAD KOWLOON, HONG KONG | | ☑ ☑ ☐ | TRADE | ☐ | $79,365.44 |
| 3.296 TION TORRENCE [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $500.00 |
| 3.297 TOM RUIZ [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $970.57 |
| 3.298 TOWELLERS LIMITED PLOT NO. 14, 15/A,15/1, 15/2 16/2, 17/1, 17/2, 17/3, IND AREA KARACHI, PAKISTAN | | ☑ ☑ ☐ | TRADE | ☐ | $400,820.35 |
| 3.299 TRANS INTERNATIONAL 1920 S ACACIA AVE. COMPTON, CA 90220 | | ☐ ☐ ☐ | SERVICES | ☐ | $39,641.95 |
| 3.300 TUCKER ELLIS LLP P.O. BOX 74717 | | ☐ ☐ ☐ | SERVICES | ☐ | $3,504.50 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| CLEVELAND, OH 44194-4717 | | | | | | | |
| 3.301 U.S. DEPARTMENT OF HOMELAND SECURITY 1820 E. SKYHARBOR CIRCLE S SUITE 100 PHOENIX, AZ 85034 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $2,735.00 |
| 3.302 ULINE, INC. P.O. BOX 88741 CHICAGO, IL 60680 | | ☐ | ☐ | ☐ | TRADE | ☐ | $178.02 |
| 3.303 UNIDAYS INC 12 WEST 31ST STREET 6TH FLOOR NEW YORK, NY 10001 | | ☐ | ☐ | ☐ | TRADE | ☐ | $725.00 |
| 3.304 UNISAN PRODUCTS P.O. BOX 91257 LOS ANGELES, CA 90009 | | ☐ | ☐ | ☐ | TRADE | ☐ | $89.30 |
| 3.305 UNISHIELD ARGO ENTERPRISES, INC. 599 4TH ST SAN FERNANDO, CA 91340 | | ☐ | ☐ | ☐ | TRADE | ☐ | $246.04 |
| 3.306 VANDEGRIFT FORWARDING CO. INC. 180 PARK AVE FLORHAM PARK, NJ 07932 | | ☐ | ☐ | ☐ | TRADE | ☐ | $100.00 |
| 3.307 VARIOUS UNKNOWN PARTIES UNKNOWN ADDRESS | | ☑ | ☑ | ☐ | GIFT CARD LIABILITY | ☐ | $107,499.61 |
| 3.308 VENBEA INC. 3500 WEST MOORE AVE UNIT I SANTA ANA, CA 92704 | | ☐ | ☐ | ☐ | TRADE | ☐ | $59.53 |
| 3.309 VERIZON COMMUNICATIONS P.O. BOX 920041 DALLAS, TX 75392-0041 | | ☐ | ☐ | ☐ | TRADE | ☐ | $14.00 |
| 3.310 VISUAL EDGE IT, INC. FILE 2594 1801 W OLYMPIC BLVD PASADENA, CA 91199-2594 | | ☐ | ☐ | ☐ | SERVICES | ☐ | $5,825.86 |
| 3.311 VOLCOM CANADA INC. 5532 ST-PATRICK ST. MONTREAL, QC H4E 1A8 CANADA | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $9,648,967.40 |
| 3.312 VOLCOM CANADA INC. 5532 ST-PATRICK ST. MONTREAL, QC H4E 1A8 CANADA | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $3,035,387.59 |
| 3.313 VOLCOM HONG KONG (VOLCOM ASIA PACIFIC LTD.) LEVEL 54, HOPEWELL CENTRE | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $168,758.44 |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | | | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 183 QUEEN'S ROAD EAST HONG KONG, HONG KONG | | | | | | | |
| 3.314 VOLCOM RETAIL OUTLETS, LLC 1740 MONROVIA AVE COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $105,348,353.12 |
| 3.315 VOLCOM RETAIL OUTLETS, LLC 1740 MONROVIA AVE COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $7,010,705.07 |
| 3.316 VOLCOM RETAIL OUTLETS, LLC 1740 MONROVIA AVE COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $274,032.77 |
| 3.317 VOLCOM RETAIL, LLC 1740 MONROVIA AVE COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $77,117,185.94 |
| 3.318 VOLCOM RETAIL, LLC 1740 MONROVIA AVE COSTA MESA, CA 92627 | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $17,137,162.90 |
| 3.319 VOLCOM SAS BAIA PARK 1 ALLEE BELHARRA ANGLET, 64600 FRANCE | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R OTHER) | ☐ | $969.28 |
| 3.320 VOLCOM SAS BAIA PARK 1 ALLEE BELHARRA ANGLET, 64600 FRANCE | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $903,342.27 |
| 3.321 VOLCOM SAS BAIA PARK 1 ALLEE BELHARRA ANGLET, 64600 FRANCE | | ☑ | ☑ | ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $6,018.98 |
| 3.322 WAN NIU LEATHER CO.LTD 7F-5, NO.306, LINSEN N. RD. ZHONGSHAN DIST. TAIPEI CITY 104, TAIWAN | | ☑ | ☑ | ☐ | TRADE | ☐ | $19,595.50 |
| 3.323 WEIFANG YIDE FASHION CO., LTD NO. 1506, YINQUAN PLAZA NO.13936 JIANKANG EAST STREET KUIWEN DISTRICT, SHANDONG WEIFANG, 261041 CHINA | | ☑ | ☑ | ☐ | TRADE | ☐ | $65,964.80 |
| 3.324 WEIHAI KAIHUA IMP&EXP CO., LTD 4F I&E BLD. NO 59 HAIBIN NORTH ROAD, WEIHAI CITY, SHANGONG | | ☑ | ☑ | ☐ | TRADE | ☐ | $141,956.68 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| CHIN WEIHAI CITY, SHANGON, 271000 CHINA | | | | | |
| 3.325 WEIRD AMERICAN MUSIC, INC 25 VREELAND ROAD STE 104 FLORHAM PARK, NJ 07932 | | ☐ ☐ ☐ | TRADE | ☐ | $220.00 |
| 3.326 WEIXING INDUSTRIAL DEVELOPMENT CO., LTD QINGDAO BRANCH RENMINYI ROAD SHANDONG, CHINA | | ☐ ☐ ☐ | TRADE | ☐ | $450.00 |
| 3.327 WELCOM DISTRIBUTION SARL SWITZERLAND BAIA PARK 1 ALLEE BELHARRA ANGLET, 64600 FRANCE | | ☑ ☑ ☐ | I/C PAYABLE (A/R TRADE) | ☐ | $19,289.02 |
| 3.328 WESLEY DONTAS [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $1,000.00 |
| 3.329 WHIPLASH P.O. BOX 745968 LOS ANGELES, CA 90074-5968 | | ☑ ☑ ☐ | SERVICES | ☐ | $31.77 |
| 3.330 WILL AKERS [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $300.00 |
| 3.331 WILSON ELSER [REDACTED ADDRESS] | | ☐ ☐ ☐ | SERVICES | ☐ | $450.00 |
| 3.332 WM CORPORATE SERVICES, INC P.O. BOX 541065 LOS ANGELES, CA 90054-1065 | | ☐ ☐ ☐ | UTILITIES | ☐ | $2,431.23 |
| 3.333 WME IMG HOLDINGS LLC DBA IMG MODELS LLC 304 PARK AVE SOUTH NEW YORK, NY 10010 | | ☐ ☐ ☐ | TRADE | ☐ | $70.32 |
| 3.334 WOODRUFF - SAWYER & CO. P.O. BOX 45057 SAN FRANCISCO, CA 94145-9950 | | ☐ ☐ ☐ | SERVICES | ☐ | $118,104.25 |
| 3.335 XEROX FINANCIAL SERVICES LLC P.O. BOX 202882 DALLAS, TX 75320-2882 | | ☐ ☐ ☐ | SERVICES | ☐ | $8,343.48 |
| 3.336 YAGE ARAUJO [REDACTED ADDRESS] | | ☐ ☐ ☐ | TRADE | ☐ | $175.00 |
| 3.337 YANGZHOU P&T GARMENTS, CO., LTD NO. 21, LINGBO ROAD GAOYOU JIANGSU, 225600 | | ☐ ☐ ☐ | TRADE | ☐ | $115,962.73 |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| CHINA | | | | | |
| 3.338 YVONNE JOBSE<br>[REDACTED ADDRESS] | | ☑ ☑ ☑ | TRADEMARK INFRINGEMENT | ☐ | UNDETERMINED |
| 3.339 ZEROWAIT CORPORATION<br>707 KIRKWOOD HWY<br>WILMINGTON, DE 19805 | | ☐ ☐ ☐ | SERVICES | ☐ | $445.66 |
| 3.340 ZHEJIANG AUTUMNWELL LEATHERWARE CO., LTD<br>BUILDING NO.1, LANGZHEN INDUSTRIAL ZONE ANHUA TOWN<br>ZHEJIANG PROVINCE<br>ZHUJI CITY,<br>CHINA | | ☑ ☑ ☐ | TRADE | ☐ | $96,228.80 |
| 3.341 ZOOM VIDEO COMMUNICATIONS, INC<br>P.O. BOX 398843<br>SAN FRANCISCO, CA 94139-8843 | | ☐ ☐ ☐ | SERVICES | ☐ | $12,051.25 |

| | | |
|---|---|---|
| 3. **Total: All Creditors with NONPRIORITY Unsecured Claims** | | $327,006,636.13 + UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number for this entity |
|---|---|---|

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | |
|---|---|
| 5a. **Total claims from Part 1** | **$0.00**<br>+ UNDETERMINED |
| 5b. **Total claims from Part 2** | **$327,006,636.13**<br>+ UNDETERMINED |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **$327,006,636.13**<br>+ UNDETERMINED |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Volcom, LLC |
| United States Bankruptcy Court: | The District of Delaware |
| Case Number (if known): | 25-10174 (JKS) |

Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Part 1:**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

**All Other Contracts**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.1 CLEARANCE AGREEMENT DATED 01-01-2022 | | | ☐ | ABG IMAGES (UK) LTD | C/O AUTHENTIC BRANDS GROUP, LLC<br>1411 BROADWAY<br>21ST FLOOR<br>NEW YORK, NY 10018 |
| 2.2 DECLARATION OF MARK ABANDONMENT DATED 01-27-2022 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY<br>21ST FLOOR<br>NEW YORK, NY 10018 |
| 2.3 HEADS OF TERMS NON-EXCLUSIVE MASTER USE & SYNCHRONISATION LICENSE DATED DECEMBER 17, 2024 | | | ☐ | AMUSEIO AB | KAMMAKARGATAN 48<br>STOCKHOLM, 111 60<br>SWEDEN |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.4 VOLCOM X AQUA EAST SURF SHOP SWEEPSTAKES AGREEMENT DATED 07-06-2021 | | | ☐ | AQUA EAST SURF SHOP, INC. | 696 ATLANTIC BOULEVARD NEPTUNE BEACH, FL 32266 |
| 2.5 RENEWAL ORDER FORM DATED 05-24-2021 | | | ☐ | B7 INTERACTIVE, INC. DBA SEARCHSPRING | ATTN: DORI SALISBURY 122 EAST HOUSTON STREET #105 SAN ANTONIO, TX 78205 |
| 2.6 SYNCHRONIZATION, PERFORMANCE AND MASTER USE LICENSE DATED 04-22-2024 | | | ☐ | BANK ROBBER MUSIC, LLC | 2630 ELM HILL PIKE #125 NASHVILLE, TN 37214 |
| 2.7 PHOTO FOOTAGE LICENSE DATED 04-23-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.8 MASTER RECORDING SYNCHRONIZATION-USE LICENSE DATED 09-21-2023 | | | ☐ | BMG RIGHTS MANAGEMENT (US) LLC | ONE PARK AVENUE 18TH FLOOR NEW YORK, NY 10016 |
| 2.9 PHOTO FOOTAGE LICENSE DATED 07-01-2024 | | | ☐ | BRADLEY M. ANDREW | [REDACTED ADDRESS] |
| 2.10 FOOTAGE LICENSE DATED 04-29-2021 | | | ☐ | CHAD CHOMLACK CO. | ATTN: CHAD CHOMLACK 43-1400 PARK STREET PEMBERTON, BC V0N2L1 CANADA |
| 2.11 INFLUENCER AGREEMENT DATED 05-17-2024 | | | ☐ | CONNIE KORENOVSKY | [REDACTED ADDRESS] |
| 2.12 COMBINED MASTER RECORDING AND COMPOSITION SYNCHRONISATION LICENCE DATED 12-17-2024 | | | ☐ | DOMINO PUBLISHING COMPANY OF AMERICA, INC. | 20 JAY STREET SUITE #626 BROOKLYN, NY 11201 |
| 2.13 ECOMMERCE THIRD-PARTY RETAILER AGREEMENT DATED 11-11-2020 | | | ☐ | ELECTRIC VISUAL EVOLUTION, LLC | 950 CALLE AMANECER SAN CLEMENTE, CA 92673 |
| 2.14 COVID-19 CONSENT AND WAIVER DATED 11-14-2021 | | | ☐ | ELLIOTT KEEAN | [REDACTED ADDRESS] |
| 2.15 PHOTO FOOTAGE LICENSE DATED 02-28-2022 | | | ☐ | ERIN HOGUE PHOTOGRAPHY | [REDACTED ADDRESS] |
| 2.16 GRAPHIC WORK COMMISSION AND ASSIGNMENT OF COPYRIGHT AGREEMENT DATED 11-21-2023 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.17 AGREEMENT FOR USE OF LOGO | | | ☐ | FLEXFIT LLC | 350 KARIN LN<br>HICKSVILLE, NY 11801 |
| 2.18 BILLABONG MASTER USE & SYNCH LICENSE DATED 03-05-2024 | | | ☐ | GUNNER STANLEY YOICHI NAGATA | PO BOX 1201<br>CAPTAIN COOK, HI 96704 |
| 2.19 DEPARTMENT OF HEALTH - WASTEWATER BRANCH INDIVIDUAL WASTEWATER SYSTEM (IWS) CONTRACTOR CERTIFICATION FORM | | | ☐ | JAY DUBINER | [REDACTED ADDRESS] |
| 2.20 FOOTAGE LICENSE DATED 06-21-2021 | | | ☐ | JERM WORLDWIDE LLC | ATTN: JEREMY THORNBURG<br>1603 E. HARRISON AVE.<br>SALT LAKE CITY, UT 84105 |
| 2.21 INFLUENCER AGREEMENT DATED 06-21-2021 | | | ☐ | JESSICA BLONDIN | [REDACTED ADDRESS] |
| 2.22 PLEDGE AND SECURITY AGREEMENT DATED 07-16-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE<br>3 PARK PLAZA, SUITE 900<br>IRVINE, CA 92614 |
| 2.23 AMENDMENT TO PLEDGE AND SECURITY AGREEMENT DATED 07-16-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE<br>3 PARK PLAZA, SUITE 900<br>IRVINE, CA 92614 |
| 2.24 PHOTO FOOTAGE LICENSE DATED 04-22-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.25 CONSENT TO USE OUR TRADEMARKS DATED 09-01-2024 | | | ☐ | KAIHARA CORPORATION | [REDACTED ADDRESS] |
| 2.26 FOOTAGE LICENSE DATED 07-30-2021 | | | ☐ | KEEGAN RICE DOING BUSINESS AS KEEGAN RICE PHOTOGRAPHY | PO BOX 8892<br>JACKSON, WY 83002 |
| 2.27 COVID-19 CONSENT AND WAIVER AGREEMENT DATED 11-14-2021 | | | ☐ | KEENAN ELLIOTT | [REDACTED ADDRESS] |
| 2.28 AMENDMENT 3 TO THE BUYING AGENCY AGREEMENT DATED 11-13-2018 | | | ☐ | KGS SOURCING LTD | ATTN: MRS. GLENDA WEE<br>20/F, RYKADAN CAPITAL TOWER<br>135 HOI BUN ROAD, KWUN TONG<br>KOWLOON,<br>HONG KONG |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.29 BUYING AGENCY AGREEMENT DATED 11-13-2013 | | | ☐ | KGS SOURCING LTD. | 20TH FLOOR, LU PLAZA<br>2 WING YIP STREET<br>KWUN TONG, KOWLOON,<br>HONG KONG |
| 2.30 VOLCOM X KITTY HAWK SURF CO. SWEEPSTAKES AGREEMENT DATED 07-06-2021 | | | ☐ | KITTY HAWK KITES, INC. | ATTN: JOHN HARRIS AND BEN SALTZMAN<br>PO BOX 1839<br>NAGS HEAD, NC 27959 |
| 2.31 ADDENDUM TO AGREEMENT DATED 11-17-2023 | | | ☐ | KLIGER WEISS INFOSYSTEMS, INC. | 201 OLD COUNTRY RD<br>SUITE 301<br>MELVILLE, NY 11747 |
| 2.32 SYNCHRONISATION LICENSE DATED 12-17-2024 | | | ☐ | KOBALT MUSIC PUBLISHING | 2 GANSEVOORT STREET<br>SUITE #803<br>NEW YORK, NY 10014 |
| 2.33 INTEREST ON OUTSTANDING LIBERATED AMOUNTS DATED 05-01-2024 | | | ☐ | LIBERATED-SPYDER LLC | 1740 MONROVIA AVENUE<br>COSTA MESA, CA 96227 |
| 2.34 SUMMARY OF COMMERCIAL TERMS DATED 01-01-2023 | | | ☐ | MAD ENGINE GLOBAL, LLC | 6740 COBRA WAY<br>MISSION VIEJO, CA 92121 |
| 2.35 STOCK TRANSFER AGREEMENT DATED 01-01-2024 | | | ☐ | MAD ENGINE GLOBAL, LLC | 1017 GRANDVIEW AVENUE<br>GLENDALE, CA 91201 |
| 2.36 SUPPLY AGREEMENT DATED 06-14-2023 | | | ☐ | MAD ENGINE GLOBAL, LLC | 7 STUDEBAKER<br>IRVINE, CA 92618 |
| 2.37 LICENSING QUALITY PROGRAM ACKNOWLEDGMENT DATED 12-01-2020 | | | ☐ | MATTEL, INC. | MAIL STOP TWR 12-1<br>333 CONTINENTAL BLVD<br>EL SEGUNDO, CA 90245 |
| 2.38 VOLCOM X MAUI NIX SWEEPSTAKES AGREEMENT DATED 07-13-2021 | | | ☐ | MAUI NIX, INC. | [REDACTED ADDRESS] |
| 2.39 MASTER USE & LICENSE DATED 03-04-2024 | | | ☐ | MIKE FITZGERALD | [REDACTED ADDRESS] |
| 2.40 CONSTRUCTION CONTRACT DATED 05-15-2023 | | | ☐ | MOKULUA WOODWORKING, LTD. | ATTN: MIKE FAIRALL |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | 1156 LUNAAPONO PLACE KAILUA, HI 96734 |
| 2.41 FREELANCE ARTIST AGREEMENT DATED 01-01-2022 | | | ☐ | NO BY NO DESIGN INC. | PO BOX 20294 NEW YORK, NY 10009 |
| 2.42 INVOICE DATED 12-02-2021 | | | ☐ | NO DESIGN INC. | PO BOX 20294 NEW YORK, NY 10009 |
| 2.43 LOCATION AGREEMENT DATED 12-27-2021 | | | ☐ | POWDR - COPPER MOUNTAIN LLC. | 209 TEN MILE CIRCLE COPPER MOUNTAIN, CO 80443 |
| 2.44 SYNCHRONIZATION LICENSE DATED 12-17-2024 | | | ☐ | ROYALTYAMP, LLC | FIVE GREENTREE CENTRE 525 ROUTE 73 NORTH SUITE 104 MARLTON, NJ 08053 |
| 2.45 BILLABONG MASTER USE & SYNCH LICENSE DATED 02-28-2024 | | | ☐ | SASHA MAKIA SPILLER-REIFF A/K/A SASHAMON | [REDACTED ADDRESS] |
| 2.46 FOOTAGE LICENSE DATED 11-01-2023 | | | ☐ | SEAN LUCEY | [REDACTED ADDRESS] |
| 2.47 TRUNK SHOW CONSIGNMENT AGREEMENT DATED 03-18-2019 | | | ☐ | STARBOARD HOLDINGS LTD. | 8400 NW 36TH STREET SUITE 600 MIAMI, FL 33166 |
| 2.48 PHOTO FOOTAGE LICENSE DATED 11-01-2021 | | | ☐ | STEPHAN JENDE | [REDACTED ADDRESS] |
| 2.49 VOLCOM MASTER USE & SYNCH LICENSE DATED 02-14-2024 | | | ☐ | STONES THROW RECORDS | 2658 GRIFFITH PARK BLVD. #504 LOS ANGELES, CA 90039 |
| 2.50 VOLCOM MASTER USE & SYNCH LICENSE DATED 02-14-2024 | | | ☐ | STONES THROW RECORDS | 2658 GRIFFITH PARK BLVD. #504 LOS ANGELES, CA 90039 |
| 2.51 VOLCOM DISTRIBUTOR AGREEMENT DATED 01-01-2021 | | | ☐ | SUPERDEPORTE S.A. | AV. GALO PLAZA LASSO N13-205 Y DE LOS CEREZOS QUITO, ECUADOR |
| 2.52 CAMP RAMP AGREEMENT DATED 11-01-2022 | | | ☐ | THE DEELY, LLC | 770 JEFFERSON AVENUE BROOKLYN, NY 11221 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.53 VOLCOM STONE REWARDS X TRAEGER GRILLS® SWEEPSTAKES AGREEMENT DATED 06-10-2021 | | | ☐ | TRAEGER PELLET GRILLS, LLC | TRAEGER PELLET GRILLS LLC 1215 E WILMINGTON AVE SUITE 200 SALT LAKE CITY, UT 84106 |
| 2.54 RETAILER ACCOUNT APPLICATION AND AGREEMENT DATED 02-20-2024 | | | ☐ | WORK 'N GEAR LLC | ATTN: ANTHONY DIPAOLO 2300 CROWN COLONY DRIVE SUITE 300 QUINCY, MA 02169 |
| 2.55 AMENDMENT TO THE ORDER FORM DATED 05-18-2023 | | | ☐ | YOTPO INC. | 233 SPRING STREET NEW YORK, NY 10013 |

### Brand Ambassador Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.56 ATHLETE BRAND AMBASSADOR AGREEMENT DATED 03-01-2023 | | | ☐ | CAIDEN CERNIUS | [REDACTED ADDRESS] |
| 2.57 ATHLETE BRAND AMBASSADOR AGREEMENT DATED 01-01-2022 | | | ☐ | KEVIN JONES | [REDACTED ADDRESS] |
| 2.58 ATHLETE BRAND AMBASSADOR AGREEMENT DATED 01-01-2024 | | | ☐ | LEONARD MAZZOTTI | [REDACTED ADDRESS] |
| 2.59 ATHLETE BRAND AMBASSADOR AGREEMENT DATED 02-09-2022 | | | ☐ | RACHELLE VINBERG | [REDACTED ADDRESS] |

### Credit Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.60 TENTH AMENDMENT TO CREDIT AGREEMENT DATED 08-08-2024 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.61 ELEVENTH AMENDMENT TO CREDIT AGREEMENT DATED 11-05-2024 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.62 THIRD AMENDMENT TO CREDIT AGREEMENT DATED 09-03-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.63 SECOND AMENDMENT TO CREDIT AGREEMENT DATED 08-16-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.64 TWELFTH AMENDMENT TO CREDIT AGREEMENT DATED 01-24-2025 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.65 SIXTH AMENDMENT TO CREDIT AGREEMENT AND WAIVER DATED 05-22-2023 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.66 CREDIT AGREEMENT DATED 01-29-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.67 FIRST AMENDMENT TO CREDIT AGREEMENT DATED 06-30-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.68 FIFTH AMENDMENT TO CREDIT AGREEMENT DATED 07-28-2022 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.69 FOURTH AMENDMENT TO CREDIT AGREEMENT DATED 11-01-2021 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.70 EIGHTH AMENDMENT TO CREDIT AGREEMENT DATED 12-19-2023 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |
| 2.71 SEVENTH AMENDMENT TO CREDIT AGREEMENT DATED 09-26-2023 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.72 NINTH AMENDMENT TO CREDIT AGREEMENT DATED 05-29-2024 | | | ☐ | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE 3 PARK PLAZA, SUITE 900 IRVINE, CA 92614 |

### Distribution Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.73 SCOPE OF DISTRIBUTION SERVICES AGREEMENT DATED 09-10-2021 | | | ☐ | BEST LOGISTICS SOLUTIONS CO., LTD | ROOM 1301, 13/F, SUNMATE CENTER #182 HEPING EAST ROAD, LONGHUA DISTRICT SHENZHEN CITY, 518100 CHINA |
| 2.74 YOKOHAMA BRANCH ATSUGI DISTRIBUTION CENTER DEPOSIT AGREEMENT DATED 04-22-2009 | | | ☐ | FUJI LOGITEC, INC. | REPRESENTATIVE DIRECTOR 2-2-12 KIYOKAI SHIMIZU-KU SHIZUOKA CITY, SHIZUOKA JAPAN |
| 2.75 LETTER RE: NOTICE OF TERMINATION OF DISTRIBUTION AGREEMENT DATED 04-17-2024 | | | ☐ | NY.LA GROUP CO, LTD. | 13/16 SOI VIPAVADEERANGSIT 25 YEAK 2-1-2-1, TUNGSONGHONG, LAKSI BANGKOK, THAILAND |
| 2.76 AMENDMENT NO. 1 TO DISTRIBUTION AGREEMENT DATED 01-01-2022 | | | ☐ | NY.LA GROUP CO., LTD. | 13/16 SOI VIPAVADEERANGSIT 25 YEAK 2-1-2-1, TUNGSONGHONG, LAKSI BANGKOK, THAILAND |
| 2.77 AMENDMENT TO DISTRIBUTION AGREEMENT DATED 01-28-2021 | | | ☐ | ORCHARD ENTERPRISES NY, INC. | 23 EAST 4TH STREET 3RD FLOOR NEW YORK, NY 10003 |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.78 PROGRAM PURCHASE AGREEMENT (INCL. DISTRIBUTION RIGHTS) DATED 12-17-2024 | | | ☐ | RED BULL MEDIA HOUSE GMBH | OBERST-LEPPERDINGER-STRASSE 11-15<br>WALS BEI SALZBURG, 5071 AUSTRIA |
| 2.79 PROGRAM PURCHASE AGREEMENT (INCL. DISTRIBUTION RIGHTS) DATED 03-01-2024 | | | ☐ | RED BULL MEDIA HOUSE GMBH | OBERST-LEPPERDINGER-STRASSE 11-15<br>WALS BEI SALZBURG, 5071 AUSTRIA |
| 2.80 PROGRAM PURCHASE AGREEMENT (INCL. DISTRIBUTION RIGHTS) DATED 05-01-2024 | | | ☐ | RED BULL MEDIA HOUSE GMBH | OBERST-LEPPERDINGER-STRASSE 11-15<br>WALS BEI SALZBURG, 5071 AUSTRIA |

### Employment Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.81 EMPLOYMENT AGREEMENT DATED 06-30-2017 | | | ☐ | BRAD HOLMAN | [REDACTED ADDRESS] |
| 2.82 EMPLOYMENT AGREEMENT DATED 01-01-2018 | | | ☐ | RYAN IMMEGART | [REDACTED ADDRESS] |
| 2.83 EMPLOYMENT AGREEMENT DATED 01-01-2018 | | | ☐ | TODD HYMEL | [REDACTED ADDRESS] |

### Endorsement Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.84 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2021 | | | ☐ | ALEC MAJERUS | [REDACTED ADDRESS] |
| 2.85 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | ARIANA SPENCER | [REDACTED ADDRESS] |
| 2.86 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.87 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2019 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.88 VOLCOM ATHLETE ENDORSEMENT AGREEMENT EXTENSION DUE TO COVID-19 DATED 03-13-2020 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.89 ATHLETE ENDORSEMENT AGREEMENT DATED 08-01-2021 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.90 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 05-08-2020 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.91 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.92 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.93 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | AXEL CRUYSBERGHS | [REDACTED ADDRESS] |
| 2.94 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | BALARAM STACK | [REDACTED ADDRESS] |
| 2.95 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | BALARAM STACK | [REDACTED ADDRESS] |
| 2.96 ATHLETE ENDORSEMENT AGREEMENT DATED 01-15-2024 | | | ☐ | BENJAMIN MILAM | [REDACTED ADDRESS] |
| 2.97 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2022 | | | ☐ | BENJAMIN MILAM | [REDACTED ADDRESS] |
| 2.98 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | BENJAMIN MILAM | [REDACTED ADDRESS] |
| 2.99 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | BRIAN O'DWYER | [REDACTED ADDRESS] |
| 2.100 ATHLETE ENDORSEMENT AGREEMENT DATED 08-01-2021 | | | ☐ | BRYAN IGUCHI | [REDACTED ADDRESS] |
| 2.101 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 03-13-2020 | | | ☐ | BRYAN IGUCHI | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.102 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2019 | | | ☐ | BRYAN IGUCHI | [REDACTED ADDRESS] |
| 2.103 VOLCOM ATHLETE ENDORSEMENT AGREEMENT OPTION FOR 2020 DATED 01-01-2020 | | | ☐ | BRYAN IGUCHI | [REDACTED ADDRESS] |
| 2.104 VOLCOM ATHLETE ENDORSEMENT AGREEMENT EXTENSION DUE TO COVID-19 DATED 03-13-2020 | | | ☐ | BRYAN IGUCHI | [REDACTED ADDRESS] |
| 2.105 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | CANNON CUMMINS | [REDACTED ADDRESS] |
| 2.106 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | CANNON CUMMINS | [REDACTED ADDRESS] |
| 2.107 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | CHESNEY GUINOTTE | [REDACTED ADDRESS] |
| 2.108 ATHLETE ENDORSEMENT AGREEMENT DATED 11-01-2021 | | | ☐ | CHESNEY GUINOTTE | [REDACTED ADDRESS] |
| 2.109 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2021 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.110 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.111 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | COCO HO | [REDACTED ADDRESS] |
| 2.112 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2021 | | | ☐ | COCO HO | [REDACTED ADDRESS] |
| 2.113 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | CODY WARBLE | [REDACTED ADDRESS] |
| 2.114 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2022 | | | ☐ | CODY WARBLE | [REDACTED ADDRESS] |
| 2.115 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | COLLIN PROVOST | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.116 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | COLLIN PROVOST | [REDACTED ADDRESS] |
| 2.117 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | DAVE WASSEL | [REDACTED ADDRESS] |
| 2.118 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2021 | | | ☐ | DESIREE MELANCON | [REDACTED ADDRESS] |
| 2.119 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | DESIREE MELANCON | [REDACTED ADDRESS] |
| 2.120 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | EGAN WINT | [REDACTED ADDRESS] |
| 2.121 ATHLETE ENDORSEMENT AGREEMENT DATED 10-01-2022 | | | ☐ | EGAN WINT | [REDACTED ADDRESS] |
| 2.122 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | ELIJAH AKERLEY | [REDACTED ADDRESS] |
| 2.123 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | ESTELLE PENSIERO | [REDACTED ADDRESS] |
| 2.124 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | ESTELLE PENSIERO | [REDACTED ADDRESS] |
| 2.125 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | ESTELLE PENSIERO | [REDACTED ADDRESS] |
| 2.126 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | GAVIN BESCHEN | [REDACTED ADDRESS] |
| 2.127 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | GAVIN BESCHEN | [REDACTED ADDRESS] |
| 2.128 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2021 | | | ☐ | GAVIN BOTTGER | [REDACTED ADDRESS] |
| 2.129 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2021 | | | ☐ | GAVIN BOTTGER | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.130 AMENDMENT NO. 2 TO ATHLETE ENDORSEMENT AGREEMENT DATED 02-01-2021 | | | ☐ | GRANT TAYLOR | [REDACTED ADDRESS] |
| 2.131 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | HAILEY LANGLAND | [REDACTED ADDRESS] |
| 2.132 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | HAILEY LANGLAND | [REDACTED ADDRESS] |
| 2.133 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | HAILEY LANGLAND | [REDACTED ADDRESS] |
| 2.134 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | ISLAND TO CITY INC | [REDACTED ADDRESS] |
| 2.135 SIDE LETTER AGREEMENT DATED 12-01-2021 | | | ☐ | JACK ROBINSON | [REDACTED ADDRESS] |
| 2.136 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 12-14-2022 | | | ☐ | JACK ROBINSON | [REDACTED ADDRESS] |
| 2.137 ATHLETE ENDORSEMENT AGREEMENT FOR JACK TREOR DANIEL ROBINSON DATED 01-01-2024 | | | ☐ | JACK ROBINSON PRODUCTIONS PTY LTD | [REDACTED ADDRESS] |
| 2.138 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | JADYN CHOMLACK | [REDACTED ADDRESS] |
| 2.139 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | JADYN CHOMLACK | [REDACTED ADDRESS] |
| 2.140 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 05-08-2020 | | | ☐ | JAMIE LYNN | [REDACTED ADDRESS] |
| 2.141 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2020 | | | ☐ | JAMIE LYNN | [REDACTED ADDRESS] |
| 2.142 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | JAMIE LYNN | [REDACTED ADDRESS] |
| 2.143 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | JESSE NOONAN | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.144 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | JOAO CHIANCA | [REDACTED ADDRESS] |
| 2.145 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | JULIAN AGLIARDI | [REDACTED ADDRESS] |
| 2.146 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | JULIAN JEANG-AGLIARDI | [REDACTED ADDRESS] |
| 2.147 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | JULIETTE PELCHAT | [REDACTED ADDRESS] |
| 2.148 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | JULIETTE PELCHAT | [REDACTED ADDRESS] |
| 2.149 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | KAI MANA HENRY | [REDACTED ADDRESS] |
| 2.150 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | KAI MANA HENRY | [REDACTED ADDRESS] |
| 2.151 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | KRISTION JORDAN | [REDACTED ADDRESS] |
| 2.152 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2021 | | | ☐ | KRISTION JORDAN | [REDACTED ADDRESS] |
| 2.153 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | LILLY ERICKSON | [REDACTED ADDRESS] |
| 2.154 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 05-08-2020 | | | ☐ | MARCUS KLEVELAND | [REDACTED ADDRESS] |
| 2.155 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.156 ATHLETE ENDORSEMENT AGREEMENT DATED 09-01-2021 | | | ☐ | MARCUS KLEVELAND | [REDACTED ADDRESS] |
| 2.157 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.158 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | MAURICIO DIAZ SALDANA | [REDACTED ADDRESS] |
| 2.159 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | MAURICIO SALDANA DIAZ | [REDACTED ADDRESS] |
| 2.160 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 03-13-2020 | | | ☐ | MAURICIO SALDANA DIAZ | [REDACTED ADDRESS] |
| 2.161 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2022 | | | ☐ | MICHAEL RAVELSON | [REDACTED ADDRESS] |
| 2.162 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | MICHAEL RAVELSON | [REDACTED ADDRESS] |
| 2.163 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2020 | | | ☐ | MILTON MARTINEZ | [REDACTED ADDRESS] |
| 2.164 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | MILTON MARTINEZ | [REDACTED ADDRESS] |
| 2.165 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 03-13-2020 | | | ☐ | MILTON MARTINEZ | [REDACTED ADDRESS] |
| 2.166 AMENDMENT NO. 1 TO ATHLETE ENDORSEMENT AGREEMENT DATED 05-08-2020 | | | ☐ | MILTON MARTINEZ | [REDACTED ADDRESS] |
| 2.167 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | MINNA STESS | [REDACTED ADDRESS] |
| 2.168 ATHLETE ENDORSEMENT AGREEMENT DATED 03-01-2022 | | | ☐ | MOANALANI JONES WONG | [REDACTED ADDRESS] |
| 2.169 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | MOANALANI JONES WONG | [REDACTED ADDRESS] |
| 2.170 AMENDMENT NO. 2 TO ATHLETE ENDORSEMENT AGREEMENT DATED 03-13-2020 | | | ☐ | NOA DEANE PTY LTD | [REDACTED ADDRESS] |
| 2.171 FIRST AMENDMENT TO THE ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2017 | | | ☐ | NOA DEANE PTY LTD | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.172 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | NOA DEANE PTY LTD | [REDACTED ADDRESS] |
| 2.173 VOLCOM ATHLETE ENDORSEMENT AGREEMENT EXTENSION DUE TO COVID-19 DATED 03-13-2020 | | | ☐ | NOA DEANE PTY LTD. | [REDACTED ADDRESS] |
| 2.174 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | OMAR HASSAN | [REDACTED ADDRESS] |
| 2.175 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | OSCAR WRIGHT | [REDACTED ADDRESS] |
| 2.176 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | OSCAR WRIGHT | [REDACTED ADDRESS] |
| 2.177 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | OSCAR WRIGHT | [REDACTED ADDRESS] |
| 2.178 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | OSCAR WRIGHT | [REDACTED ADDRESS] |
| 2.179 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | PETER HEWITT | [REDACTED ADDRESS] |
| 2.180 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | PETER HEWITT | [REDACTED ADDRESS] |
| 2.181 JOAO CHIANCA ENDORSEMENT REDBULL AND VOLCOM HATS DATED 03-08-2024 | | | ☐ | RED BULL DO BRASIL, LTDA | AVENIDA CIDADE JARDIM 314 1A SOBRELOJA SAO PAULO, SP CEP 01454-000 BRAZIL |
| 2.182 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | REID SMITH | [REDACTED ADDRESS] |
| 2.183 ENDORSEMENT AGREEMENT DATED 08-01-2024 | | | ☐ | REMY STRATTON | [REDACTED ADDRESS] |
| 2.184 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | ROB PACE | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.185 VOLCOM ATHLETE ENDORSEMENT AGREEMENT EXTENSION DUE TO COVID-19 DATED 03-13-2020 | | | ☐ | RYAN BURCH | [REDACTED ADDRESS] |
| 2.186 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2022 | | | ☐ | RYAN BURCH | [REDACTED ADDRESS] |
| 2.187 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | SCOTT BLUM | [REDACTED ADDRESS] |
| 2.188 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | SEBASTIEN PICARD | [REDACTED ADDRESS] |
| 2.189 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | SIERRA KERR | [REDACTED ADDRESS] |
| 2.190 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | SIMON BANNEROT | [REDACTED ADDRESS] |
| 2.191 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | SURF CO LTDA | RUA SOLON 969 BAIRRO BOM RETIRO SÃO PAULO, SP CEP 01127-010 BRAZIL |
| 2.192 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2024 | | | ☐ | TAYLAN MAKANAMALUMAIKALANI PANG | [REDACTED ADDRESS] |
| 2.193 ATHLETE ENDORSEMENT AGREEMENT DATED 11-01-2021 | | | ☐ | TAYLAN MAKANAMALUMAIKALANI PANG | [REDACTED ADDRESS] |
| 2.194 ATHLETE ENDORSEMENT AGREEMENT DATED 11-01-2021 | | | ☐ | TAYLAN MAKANAMALUMAIKALANI PANG | [REDACTED ADDRESS] |
| 2.195 ATHLETE ENDORSEMENT AGREEMENT DATED 06-23-2022 | | | ☐ | VALENTINO GUSELI | [REDACTED ADDRESS] |
| 2.196 ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | YAGO ABBAS DORA | [REDACTED ADDRESS] |
| 2.197 ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2023 | | | ☐ | YAGO ABBAS DORA | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.198 AMENDMENT NO. 2 TO ATHLETE ENDORSEMENT AGREEMENT DATED 01-01-2021 | | | ☐ | YAGO ABBAS DORA | [REDACTED ADDRESS] |

**Lease Agreement**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.199 SECOND AMENDMENT OF LEASE KAKAAKO COMMERCE CENTER DATED 04-01-2020 | | | ☐ | ABP KAKAAKO COMMERCE 1 LLC | 822 BISHOP STREET HONOLULU, HI 96813 |
| 2.200 SUBLEASE DATED 03-16-2023 | | | ☐ | BLUE PLANET SURF GEAR, LLC | 1221 KONA STREET HONOLULU, HI 96814 |
| 2.201 LEASE DATED 12-07-2007 | | | ☐ | CAHALAN PEARL LLC | ATTN: DENNIS CAHALAN 1221 PEARL STREET BOULDER, CO 80503 |
| 2.202 AMENDMENT TO LEASE DATED 09-20-2012 | | | ☐ | CAHALAN PEARL LLC | ATTN: DENNIS CAHALAN 1221 PEARL STREET BOULDER, CO 80503 |
| 2.203 OPTION TO EXTEND LEASE DATED 03-26-2017 | | | ☐ | CAHALAN PEARL LLC | ATTN: DENNIS CAHALAN 1221 PEARL STREET BOULDER, CO 80302 |
| 2.204 COVID-19 RENT ABATEMENT ACKNOWLEDGMENT AND AGREEMENT DATED 04-29-2020 | | | ☐ | CAHALAN PEARL LLC | ATTN: DENNIS CAHALAN 1221 PEARL STREET BOULDER, CO 80302 |
| 2.205 GUARANTY OF LEASE DATED 06-27-2022 | | | ☐ | CRAIG REALTY GROUP - CASTLE ROCK, LLC | C/O CRAIG REALTY GROUP 4100 MACARTHUR BOULEVARD SUITE 100 NEWPORT BEACH, CA 92660 |
| 2.206 GUARANTY OF LEASE DATED 07-13-1905 | | | ☐ | CRAIG REALTY GROUP - CASTLE ROCK, LLC | C/O CRAIG REALTY GROUP 4100 MACARTHUR BOULEVARD SUITE 100 NEWPORT BEACH, CA 92660 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.207 GUARANTY OF LEASE DATED 09-23-2021 | | | ☐ | CRAIG REALTY GROUP - TULARE, LLC | C/O CRAIG REALTY GROUP ATTN: GENERAL COUNSEL 4100 MACARTHUR BOULEVARD, SUITE 100 NEWPORT BEACH, CA 92660 |
| 2.208 GUARANTY OF LEASE DATED 05-25-2011 | | | ☐ | CRAIG REALTY GROUP CITADEL, LLC | C/O CRAIG REALTY GROUP 4100 MACARTHUR BOULEVARD SUITE 200 NEWPORT BEACH, CA 92660 |
| 2.209 STANDARD INDUSTRIAL/COMMERCIAL SINGLE-TENANT LEASE - NET DATED 08-01-2024 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.210 LEASE AMENDMENT DATED 10-06-2008 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.211 VOLCOM ALTERATIONS TO PREMISES DATED 05-14-2010 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.212 LEASE CONSENT LETTER DATED 05-19-2011 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.213 COVID-19 RENT ABATEMENT ACKNOWLEDGMENT AND AGREEMENT DATED 04-17-2020 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.214 NOTICE TO EXERCISE FOURTH FIVE YEAR LEASE EXTENSION OPTION DATED 08-01-2019 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.215 STANDARD INDUSTRIAL/COMMERCIAL SINGLE-TENANT LEASE - NET DATED 07-01-1999 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.216 ADDENDUM TO STANDARD INDUSTRIAL/COMMERCIAL SINGLE-TENANT LEASE - NET DATED 08-01-2024 | | | ☐ | GRISWOLD INDUSTRIES | 1701 PLACENTIA AVENUE COSTA MESA, CA 92627 |
| 2.217 RETAIL SPACE LEASE FOR HUNTINGTON DATED 06-17-2019 | | | ☐ | HUNTINGTON SURF AND SPORT, INC. | 300 PACIFIC COAST HIGHWAY SUITE #410 HUNTINGTON BEACH, CA 92648 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.218 LEASE AGREEMENT DATED 05-22-2006 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.219 FIFTH AMENDMENT TO LEASE DATED 05-07-2024 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.220 SECOND AMENDMENT TO LEASE AGREEMENT DATED 03-01-2010 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.221 LEASE EXTENSION NOTICE DATED 08-28-2014 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.222 THIRD AMENDMENT TO LEASE DATED 03-12-2020 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.223 FOURTH AMENDMENT TO LEASE DATED 03-01-2022 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.224 FIRST AMENDMENT TO LEASE AGREEMENT DATED 08-01-2006 | | | ☐ | LEVON INVESTMENTS, LLC | 200 E. CARRILLO STREET SUITE 200 SANTA BARBARA, CA 93101 |
| 2.225 GUARANTY OF LEASE DATED 03-19-2019 | | | ☐ | OUTLETS AT TRAVERSE MOUNTAIN, LLC | C/O CRAIG REALTY GROUP ATTN: GENERAL COUNSEL 4100 MACARTHUR BOULEVARD NEWPORT BEACH, CA 92660 |
| 2.226 LEASE (SINGLE TENANT; NET) DATED 09-15-2007 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS 550 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 |
| 2.227 SIXTH AMENDMENT TO LEASE DATED 04-01-2020 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS 550 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 |
| 2.228 FIFTH AMENDMENT TO LEASE DATED 12-15-2017 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS 550 NEWPORT CENTER DRIVE |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | NEWPORT BEACH, CA 92660 |
| 2.229 SEVENTH AMENDMENT TO LEASE DATED 10-01-2023 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS<br>550 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 |
| 2.230 FIRST AMENDMENT TO LEASE DATED 07-02-2007 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS<br>550 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 |
| 2.231 FOURTH AMENDMENT TO LEASE DATED 10-01-2014 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS<br>550 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 |
| 2.232 SEVENTH AMENDMENT TO LEASE DATED 05-23-2022 | | | ☐ | THE IRVINE COMPANY LLC | ATTN: SENIOR VICE PRESIDENT OPERATIONS<br>550 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 |
| 2.233 BACKDOOR BEACHFRONT HOUSE LEASE AGREEMENT 59-365 KE NUI ROAD, HALEIWA HI 96712 DATED 11-29-2024 | | | ☐ | VANS, A DIVISION OF VF OUTDOOR, LLC | ATTN: SCOTT SISAMIS<br>59-365 KE NUI ROAD<br>HALEIWA, HI 96712 |
| 2.234 FIRST AMENDMENT TO LEASE AGREEMENT DATED 10-16-2019 | | | ☐ | WALT DISNEY PARKS AND RESORTS U.S., INC. | C/O WALT DISNEY WORLD RESORT-OPERATING PARTICIPANT DEPT.<br>ATTN: VICE PRESIDENT - OPERATING PARTICIPANTS<br>1825 LIVE OAK LANE<br>LAKE BUENA VISTA, FL 32830 |
| 2.235 LEASE AGREEMENT DATED 05-11-2015 | | | ☐ | WALT DISNEY PARKS AND RESORTS U.S., INC. | C/O WALT DISNEY WORLD RESORT-OPERATING PARTICIPANT DEPT.<br>ATTN: VICE PRESIDENT - OPERATING PARTICIPANTS<br>1825 LIVE OAK LANE |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | LAKE BUENA VISTA, FL 32830 |
| 2.236 WHALERS VILLAGE FINE SHOPS & RESTAURANTS LEASE DATED 01-01-2016 | | | ☐ | WV SUB, LLC | C/O BROOKFIELD PROPERTIES ATTN: GENERAL COUNSEL 350 NORTH ORLEANS STREET, SUITE 300 CHICAGO, IL 60654-1607 |
| 2.237 EXTENSION AND SECOND AMENDMENT OF LEASE DATED 06-14-2022 | | | ☐ | WV SUB, LLC | C/O BROOKFIELD PROPERTIES ATTN: GENERAL COUNSEL 350 NORTH ORLEANS STREET, SUITE 300 CHICAGO, IL 60654-1607 |

**License Agreement**

| | | | | | |
|---|---|---|---|---|---|
| 2.238 VOLCOM LICENSE AGREEMENT COMMERCIAL TERMS | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.239 AMENDMENT NO. 6 TO LICENSE AGREEMENT DATED 01-01-2024 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.240 AMENDMENT NO. 2 TO LICENSE AGREEMENT DATED 01-01-2021 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.241 AMENDMENT NO. 1 TO LICENSE AGREEMENT DATED 06-01-2020 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.242 LICENSE AGREEMENT / LETTER AGREEMENT / VOLCOM X SET ACTIVE COLLABORATION DATED 05-01-2023 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.243 AMENDMENT NO. 4 TO LICENSE AGREEMENT DATED 10-01-2022 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.244 AMENDMENT NO. 3 TO LICENSE AGREEMENT DATED 12-10-2021 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.245 AMENDMENT NO. 5 TO LICENSE AGREEMENT DATED 02-01-2023 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.246 AMENDMENT NO. 3 TO LICENSE AGREEMENT DATED 07-01-2021 | | | ☐ | ABG-VOLCOM, LLC | 1411 BROADWAY 21ST FLOOR NEW YORK, NY 10018 |
| 2.247 SETTLEMENT, RELEASE, AND RETROACTIVE LICENSE AGREEMENT DATED 10-16-2023 | | | ☐ | ANDY RYAN PHOTOGRAPHER, LLC | 420 SOUTH RIVERSIDE AVE SUITE #152 CROTON ON HUDSON, NY 10520 |
| 2.248 LICENSE AGREEMENT DATED 06-01-2021 | | | ☐ | BALDFACE MOUNTAIN LODGE LP | 410 STANLEY STREET NELSON, BC VIL 4E4 CANADA |
| 2.249 COLLABORATION LICENSE AGREEMENT DATED 10-01-2022 | | | ☐ | BALDFACE MOUNTAIN LODGE LP | 410 STANLEY STREET NELSON, BC V1L 4E4 CANADA |
| 2.250 COLLABORATION AGREEMENT DATED 08-23-2023 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.251 VOLCOM SALES RELATING TO ABG-CTG LICENSE AGREEMENT DATED 01-01-2020 | | | ☐ | FINITY APPAREL RETAIL LIMITED | 27/F, KING PALACE PLAZA 55 KING YIP STREET KWUN TONG, HONG KONG |
| 2.252 LICENSE AGREEMENT DATED 01-01-2024 | | | ☐ | HOCKEY DAD PTY LTD DBA HOCKEY DAD | 7/6-8 RALPH BLACK DR NORTH WOLLONGONG, NSW 2500 AUSTRALIA |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.253 LICENSE AGREEMENT #109563 DATED 03-01-2022 | | | ☐ | MATTEL, INC. | MAIL STOP TWR 12-1<br>333 CONTINENTAL BLVD<br>EL SEGUNDO, CA 90245 |
| 2.254 DESIGN LICENSE AGREEMENT DATED 04-21-2022 | | | ☐ | PANGEASEED FOUNDATION | ATTN: TRE PACKARD<br>PO BOX 4775<br>HILO, HI 96720 |
| 2.255 COLLABORATION AGREEMENT DATED 07-23-2023 | | | ☐ | PETER SCHROFF | [REDACTED ADDRESS] |
| 2.256 COLLABORATION LICENSE AGREEMENT DATED 06-15-2024 | | | ☐ | POUNDFOOLISH INC. | 5328 ALHAMA DRIVE<br>WOODLAND HILLS, CA 91364 |
| 2.257 COLLABORATION AGREEMENT DATED 03-01-2022 | | | ☐ | RUN THE JEWELS, INC. | C/O LEVEL GROUP LTD<br>ATTN: JAIME MELINE, MICHAEL RENDER, MARK ZELASKO<br>404 BNA DRIVE, SUITE 203<br>NASHVILLE, TN 37217 |
| 2.258 COLLABORATION AGREEMENT ("COMMERCIAL TERMS") DATED 03-01-2023 | | | ☐ | SET ACTIVE, LLC | 400 S BEVERLY DR.<br>UNIT 400<br>BEVERLY HILLS, CA 90212 |
| 2.259 COLLABORATION AGREEMENT DATED 03-01-2023 | | | ☐ | SET ACTIVE, LLC | 400 S BEVERLY DR.<br>UNIT 400<br>BEVERLY HILLS, CA 90212 |
| 2.260 MASTER AND COMPOSITION USE LICENSE AGREEMENT LETTER DATED 12-17-2024 | | | ☐ | STONES THROW RECORDS | 2658 GRIFFITH PARK BLVD. #504<br>LOS ANGELES, CA 90039 |
| 2.261 LICENSE AGREEMENT DATED 06-01-2021 | | | ☐ | SUSAN MULKEY DBA CHOSE FOUNDATION | BOX 1303<br>KASLO, BC V0G1MO<br>CANADA |
| 2.262 ARTWORK LICENSE AGREEMENT DATED 04-26-2023 | | | ☐ | THE DEELY, LLC | 770 JEFFERSON AVENUE<br>BROOKLYN, NY 11221 |
| 2.263 MASTER MERCHANDISING LICENSE AGREEMENT DATED 04-01-2024 | | | ☐ | UNIVERSAL STUDIOS LICENSING LLC | 100 UNIVERSAL CITY PLAZA<br>100 UNIVERSAL CITY PLAZA |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | BLDG. 1440/13<br>UNIVERSAL CITY, CA 91608 |
| 2.264 REVISED ATTACHMENT TO TRADEMARK LICENSE AGREEMENT FOR GARMENTS BETWEEN GORE AND VOLCOM, INC. DATED 01-08-2019 | | | ☐ | W. L. GORE & ASSOCIATES, INC. | 551 PAPER MILL ROAD<br>NEWARK, DE 19711 |
| 2.265 REVISED ATTACHMENT TO TRADEMARK LICENSE AGREEMENT FOR GLOVES & ACCESSORIES DATED 07-02-2012 | | | ☐ | W. L. GORE & ASSOCIATES, INC. | 551 PAPER MILL ROAD<br>NEWARK, DE 19711 |
| 2.266 VOLCOM MASTER USE & SYNCH LICENSE DATED 12-22-2023 | | | ☐ | WAV POOL, LLC | 5630 VENICE BLVD. UNIT #743<br>LOS ANGELES, CA 90019 |
| 2.267 MASTER USE & LICENSE DATED 09-15-2021 | | | ☐ | WAV POOL, LLC | 5630 VENICE BLVD. UNIT #743<br>LOS ANGELES, CA 90019 |

### Limited Liability Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.268 LIMITED LIABILITY COMPANY AGREEMENT OF VOLCOM, LLC DATED 12-01-2014 | | | ☐ | KERING AMERICAS, INC. | 3 EAST 57TH STREET<br>NEW YORK, NY 10022 |
| 2.269 ATTORNEY FEE AGREEMENT (LIMITED REPRESENTATION) DATED 05-26-2021 | | | ☐ | METAVERSE LAW | 3333 MICHELSON DRIVE<br>SUITE 300<br>IRVINE, CA 92612 |

### Purchase Agreement

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.270 ARTWORK PURCHASE AGREEMENT DATED 01-01-2024 | | | ☐ | BRYAN IGUCHI | [REDACTED ADDRESS] |
| 2.271 ARTWORK PURCHASE AGREEMENT DATED 06-14-2024 | | | ☐ | EMMA RUSHTON | [REDACTED ADDRESS] |
| 2.272 ARTWORK PURCHASE AGREEMENT DATED 03-12-2024 | | | ☐ | ESTELLE PENSIERO | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.273 ARTWORK PURCHASE AGREEMENT DATED 04-24-2024 | | | ☐ | JULIETTE PELCHAT | [REDACTED ADDRESS] |
| 2.274 ARTWORK PURCHASE AGREEMENT DATED 08-21-2024 | | | ☐ | MIKE RAVELSON | [REDACTED ADDRESS] |

**Services Ageement**

| | | | | | |
|---|---|---|---|---|---|
| 2.275 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 04-01-2016 | | | ☐ | ALEX MONCATA | [REDACTED ADDRESS] |
| 2.276 PHOTOGRAPHER SERVICES AGREEMENT DATED 04-07-2024 | | | ☐ | AMBER MOZO | [REDACTED ADDRESS] |
| 2.277 SERVICES AGREEMENT DATED 05-01-2021 | | | ☐ | AMERICAN SERVICES INDUSTRIES INC. | 2351 SUNSET BLVD SUITE 170-502 ROCKLIN, CA 95765 |
| 2.278 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | ANDEE SHILL | [REDACTED ADDRESS] |
| 2.279 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | ANDRE DALLAIRE | [REDACTED ADDRESS] |
| 2.280 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 11-23-2021 | | | ☐ | ANDREW MILLER | [REDACTED ADDRESS] |
| 2.281 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | ANDREYA SHILL | [REDACTED ADDRESS] |
| 2.282 PHOTOGRAPHIC SERVICES AGREEMENT DATED 12-15-2023 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.283 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 08-27-2021 | | | ☐ | BEN BROUGH | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.284 PHOTOGRAPHER SERVICES AGREEMENT DATED 05-17-2023 | | | ☐ | BOB PLUMB | [REDACTED ADDRESS] |
| 2.285 SERVICES AGREEMENT DATED 07-01-2021 | | | ☐ | BOLLARE, INC. | 8935 BEVERLY BLVD<br>WEST HOLLYWOOD, CA 90048 |
| 2.286 VIDEOGRAPHER SERVICES AGREEMENT DATED 09-24-2024 | | | ☐ | BRANDON JENSEN | [REDACTED ADDRESS] |
| 2.287 CONSULTING SERVICES AGREEMENT DATED 03-01-2021 | | | ☐ | BRANDTRVST LLC | 21520 YORBA LINDA BLVD.<br>SUITE G283<br>YORBA LINDA, CA 92887 |
| 2.288 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 05-30-2019 | | | ☐ | BRIAN MACK | [REDACTED ADDRESS] |
| 2.289 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 01-04-2019 | | | ☐ | BRIAN P. VAUGHT | [REDACTED ADDRESS] |
| 2.290 PHOTOGRAPHIC SERVICES AGREEMENT DATED 09-24-2024 | | | ☐ | BRIANNA LAKIN CARTER | [REDACTED ADDRESS] |
| 2.291 ARTWORK SERVICES/PURCHASE AGREEMENT | | | ☐ | CALLUM ROONEY | [REDACTED ADDRESS] |
| 2.292 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 06-19-2024 | | | ☐ | CALLUM ROONEY | [REDACTED ADDRESS] |
| 2.293 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2014 | | | ☐ | CARLOS GOMEZ | [REDACTED ADDRESS] |
| 2.294 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | CARLOS GOMEZ | [REDACTED ADDRESS] |
| 2.295 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | CAUSEY SALES, INC. | 2065 ABALONE AVE<br>INDIALANTIC, FL 32903 |
| 2.296 PHOTOGRAPHIC SERVICES AGREEMENT DATED 02-04-2024 | | | ☐ | CHAD CHOMLACK | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.297 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 05-24-2021 | | | ☐ | CHRISTI STELTZ | [REDACTED ADDRESS] |
| 2.298 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | CLINT GRAHAM | [REDACTED ADDRESS] |
| 2.299 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | CLINT MONCATA | [REDACTED ADDRESS] |
| 2.300 JANITORIAL SERVICE AGREEMENT DATED 06-01-2023 | | | ☐ | COASTAL BUILDING SERVICES, INC. | 1433 W. CENTRAL PARK AVE N ANAHEIM, CA 92802 |
| 2.301 JANITORIAL SERVICE AGREEMENT DATED 06-25-2023 | | | ☐ | COASTAL BUILDING SERVICES, INCORPORATED | 1433 W CENTRAL PARK AVE N ANAHEIM, CA 92802 |
| 2.302 JANITORIAL SERVICE AGREEMENT DATED 02-01-2024 | | | ☐ | COASTAL BUILDING SERVICES, INCORPORATED | 1433 W. CENTRAL PARK AVE. N. ANAHEIM, CA 92802 |
| 2.303 PHOTOGRAPHER SERVICES AGREEMENT DATED 04-21-2023 | | | ☐ | COLE BARASH | [REDACTED ADDRESS] |
| 2.304 PHOTOGRAPHIC SERVICES AGREEMENT DATED 10-09-2024 | | | ☐ | COLLIN SCHLESINGER | [REDACTED ADDRESS] |
| 2.305 SERVICES AGREEMENT BETWEEN COTTONCONNECT. LTD. AND VOLCOM, LLC DATED 04-01-2021 | | | ☐ | COTTONCONNECT LTD. | WEWORK NEW KING BEAM HOUSE 22 UPPER GROUND LONDON, SE1 9PD UNITED KINGDOM |
| 2.306 PHOTOGRAPHIC SERVICES AGREEMENT DATED 09-24-2024 | | | ☐ | DANIEL CABRAL | [REDACTED ADDRESS] |
| 2.307 PHOTOGRAPHIC SERVICES AGREEMENT DATED 06-26-2024 | | | ☐ | DANIEL CABRAL | [REDACTED ADDRESS] |
| 2.308 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 08-30-2024 | | | ☐ | DANIEL SHEPARD | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.309 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | DARREN MADRIGAL | [REDACTED ADDRESS] |
| 2.310 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | DIEGO R.F. MARKETING GROUP, INC. | 13847TH STREET #A NEWPORT BEACH, CA 92663 |
| 2.311 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 08-04-2010 | | | ☐ | DIEGO RAMIREZ | [REDACTED ADDRESS] |
| 2.312 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2014 | | | ☐ | DIEGO RAMIREZ | [REDACTED ADDRESS] |
| 2.313 U.S. CUSTOMS POWER OF ATTORNEY AND ACKNOWLEDGEMENT OF TERMS AND CONDITIONS OF SERVICE DATED 04-26-2024 | | | ☐ | DSV AIR & SEA INC | 200 WOOD AVENUE SOUTH ISELIN, NJ 08830 |
| 2.314 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | EMMET KLOCKER | [REDACTED ADDRESS] |
| 2.315 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | EMMET KLOCKER | [REDACTED ADDRESS] |
| 2.316 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 04-01-2016 | | | ☐ | EVA HUME | [REDACTED ADDRESS] |
| 2.317 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 09-15-2014 | | | ☐ | EVA HUME | [REDACTED ADDRESS] |
| 2.318 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | FEMME LIBRE CORP | 974 NORDICA DR. LOS ANGELES, CA 90065 |
| 2.319 FORTER MERCHANT SERVICES AGREEMENT COVER SHEET DATED 09-30-2021 | | | ☐ | FORTER, INC. | 575 FIFTH AVE NEW YORK, NY 10017 |
| 2.320 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | GRANGER CLARK | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.321 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | GRANGER CLARK | [REDACTED ADDRESS] |
| 2.322 PHOTOGRAPHIC SERVICES AGREEMENT DATED 07-10-2024 | | | ☐ | IAN COLLINS | [REDACTED ADDRESS] |
| 2.323 CONSULTING SERVICES AGREEMENT DATED 03-01-2021 | | | ☐ | IMAGEART LLC | 1048 IRVINE AVE., #900 NEWPORT BEACH, CA 92660 |
| 2.324 AMENDMENT NO. 1 TO VIDEOGRAPHER SERVICES AGREEMENT DATED 07-12-2024 | | | ☐ | ISAAC WALLEN | [REDACTED ADDRESS] |
| 2.325 VIDEOGRAPHER SERVICES AGREEMENT DATED 11-17-2023 | | | ☐ | ISSAC WALLEN | [REDACTED ADDRESS] |
| 2.326 VIDEOGRAPHER SERVICES AGREEMENT DATED 07-02-2024 | | | ☐ | ISSAC WALLEN | [REDACTED ADDRESS] |
| 2.327 VIDEOGRAPHER SERVICES AGREEMENT | | | ☐ | ISSAC WALLEN | [REDACTED ADDRESS] |
| 2.328 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | JA MARKETING SOLUTIONS GROUP | 1005 GEORGETOWN STREET - UNIVERSITY GARDENS 1005 GEORGETOWN STREET - UNIVERSITY GARDENS RIO PIEDRAS, PR 00927 PUERTO RICO |
| 2.329 PHOTOGRAPHIC SERVICES AGREEMENT DATED 04-19-2024 | | | ☐ | JACOB FLEISCHER POLLOCK | [REDACTED ADDRESS] |
| 2.330 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 06-23-2022 | | | ☐ | JAMIE LYNN | [REDACTED ADDRESS] |
| 2.331 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 06-21-2012 | | | ☐ | JAMIE LYNN | [REDACTED ADDRESS] |
| 2.332 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 09-28-2006 | | | ☐ | JEFF HAMMET | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.333 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | JEFF HAMMETT | [REDACTED ADDRESS] |
| 2.334 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | JEFF HAMMETT | [REDACTED ADDRESS] |
| 2.335 PHOTOGRAPHIC SERVICES AGREEMENT DATED 04-22-2024 | | | ☐ | JENNA BELAIR | [REDACTED ADDRESS] |
| 2.336 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 12-02-2020 | | | ☐ | JESSICA BISHOP | [REDACTED ADDRESS] |
| 2.337 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | JM SALES AND SERVICES, INC. | 1115 ALOHA DR. ENCINITAS, CA 92024 |
| 2.338 CONSULTING SERVICES AGREEMENT DATED 01-01-2022 | | | ☐ | JOHN BRADFORD | [REDACTED ADDRESS] |
| 2.339 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | JORDAN MEAD | [REDACTED ADDRESS] |
| 2.340 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | JUAN ASHTON | [REDACTED ADDRESS] |
| 2.341 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 11-22-2021 | | | ☐ | JUSTIN HAGER | [REDACTED ADDRESS] |
| 2.342 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | KELLI CONROY | [REDACTED ADDRESS] |
| 2.343 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | KELLI CONROY | [REDACTED ADDRESS] |
| 2.344 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 07-01-2017 | | | ☐ | KELSEY LESESKY | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.345 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | KENNETH COLLINS | [REDACTED ADDRESS] |
| 2.346 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 05-01-2018 | | | ☐ | KYLA BRENNAN | [REDACTED ADDRESS] |
| 2.347 VIDEOGRAPHER SERVICES AGREEMENT DATED 04-19-2024 | | | ☐ | KYLE SCHWARTZ | [REDACTED ADDRESS] |
| 2.348 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 11-12-2018 | | | ☐ | LINDSEY WELSANDT | [REDACTED ADDRESS] |
| 2.349 SERVICES AGREEMENT DATED 10-19-2015 | | | ☐ | LOOMIS ARMORED US, LLC | 2500 CITY WEST BLVD. SUITE 900 HOUSTON, TX 77042 |
| 2.350 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 07-01-2020 | | | ☐ | LYNDSEY MULL | [REDACTED ADDRESS] |
| 2.351 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 04-01-2016 | | | ☐ | MARIAH S. WHITE | [REDACTED ADDRESS] |
| 2.352 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 05-11-2021 | | | ☐ | MATTHEW ADAMS | [REDACTED ADDRESS] |
| 2.353 ARTWORK PURCHASE AND SERVICE AGREEMENT DATED 08-15-2023 | | | ☐ | MCKENZIE PAIGE PARROTT AKA PARROTT PAINTS AND PARROT PAINTS, LLC | [REDACTED ADDRESS] |
| 2.354 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 12-02-2024 | | | ☐ | MICHAEL PARILLO | [REDACTED ADDRESS] |
| 2.355 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 09-29-2021 | | | ☐ | MICHAEL SIEBEN | [REDACTED ADDRESS] |
| 2.356 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-09-2016 | | | ☐ | MIKE WEATHERALL | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.357 GENERAL CONTRACT FOR SERVICES DATED 07-21-2021 | | | ☐ | MYSKIPROFILE LLC DBA REDDY YETI | 20 HILLCREST ROAD BOONTON, NJ 07005 |
| 2.358 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | NICOLE ORSARGOS | [REDACTED ADDRESS] |
| 2.359 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 07-30-2024 | | | ☐ | NO DESIGN INC. | PO BOX 20294 NEW YORK, NY 10009 |
| 2.360 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | NOR-CAL SAKES, INC. | 414 PLATEAU AVE SANTA CRUZ, CA 95060 |
| 2.361 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | NORTH MEETS WEST LLC | 502 N. 138TH STREET SEATTLE, WA 98133 |
| 2.362 VIDEOGRAPHER SERVICES AGREEMENT DATED 01-01-2024 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.363 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 07-15-2021 | | | ☐ | OSCAR "OZZY" WRIGHT | [REDACTED ADDRESS] |
| 2.364 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | PAUL DANCHAK | [REDACTED ADDRESS] |
| 2.365 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 03-15-2017 | | | ☐ | PHOEBE GRINDLE | [REDACTED ADDRESS] |
| 2.366 INDEPENDENT REPRESENTATIVE AGREEMENT DATED 08-11-2016 | | | ☐ | PLACE SHOWROOM, LLC | 860 S. LOS ANGELES STREET SUITE 1130 LOS ANGELES, CA 90014 |
| 2.367 AMENDMENT NO. 1 TO INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 03-15-2013 | | | ☐ | PLAYA PEPINOS SAC | SANTA CRUZ 621 MIRAFLORES LIMA, PERU |
| 2.368 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 09-01-2012 | | | ☐ | PLAYA PEPINOS SAC | BENAVIDES 1836 MIRAFLORES LIMA, 18 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | PERU |
| 2.369 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | QUEBEC INC. - SIRIUS | 6-79 WINGOLD AVE TORONTO, ON M6B-1P8 CANADA |
| 2.370 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | RANDY WALKER | [REDACTED ADDRESS] |
| 2.371 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | RCW SALES, LLC | 50 CONIFER DR. EVERGREEN, CO 80439 |
| 2.372 LEASE AND PROPERTY ADMINISTRATION SERVICES AGREEMENT DATED 08-25-2021 | | | ☐ | REBIS, LLC DBA PROPERTYWORKS | 720 CHURCH STREET DECATUR, GA 30030 |
| 2.373 CONSULTING SERVICES AGREEMENT DATED 01-01-2022 | | | ☐ | RENAE ROCKWELL | [REDACTED ADDRESS] |
| 2.374 ENGAGEMENT LETTER FOR CONSULTING SERVICES DATED 01-05-2022 | | | ☐ | RESOLUTION ECONOMICS, LLC | ATTN: ROBERT CRANDALL 1925 CENTURY PARK EAST 15TH FLOOR LOS ANGELES, CA 90067 |
| 2.375 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | ROB WILLIAMSON | [REDACTED ADDRESS] |
| 2.376 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 09-26-2006 | | | ☐ | ROB WILLIAMSON | [REDACTED ADDRESS] |
| 2.377 STATEMENT OF WORK NUMBER FIVE AGAINST MASTER SERVICES AGREEMENT DATED 03-22-2023 | | | ☐ | RYAN, LLC | 13155 NOEL ROAD SUITE 100 DALLAS, TX 75240 |
| 2.378 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | SANDRA GONZALEZ | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.379 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ❑ | SANDRA GONZALEZ | [REDACTED ADDRESS] |
| 2.380 PHOTOGRAPHIC SERVICES AGREEMENT DATED 06-16-2024 | | | ❑ | SARAH LEE | [REDACTED ADDRESS] |
| 2.381 CONSULTING SERVICES AGREEMENT DATED 02-01-2021 | | | ❑ | SCOTT ZERFING STINNETT | [REDACTED ADDRESS] |
| 2.382 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 01-01-2022 | | | ❑ | SETH CONBOY | [REDACTED ADDRESS] |
| 2.383 CONSULTING SERVICES AGREEMENT DATED 01-01-2022 | | | ❑ | SETH CONBOY | [REDACTED ADDRESS] |
| 2.384 PHOTOGRAPHER SERVICES AGREEMENT DATED 02-07-2024 | | | ❑ | SHAINA JOEL | [REDACTED ADDRESS] |
| 2.385 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 07-29-2006 | | | ❑ | SIRIUS INC | 1 CÔTE GRAVEL<br>1 CÔTE GRAVEL<br>STE-PRONE-DE-BEAUPRE, QC G0A 3C0<br>CANADA |
| 2.386 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ❑ | SIRIUS SALES/9117-2163 QUEBEC INC. | 5532 ST. PATRICK<br>STE 2<br>MONTREAL, QC H4E-1A8<br>CANADA |
| 2.387 VIDEOGRAPHER SERVICES AGREEMENT DATED 01-01-2022 | | | ❑ | SKYLAR BRENT | [REDACTED ADDRESS] |
| 2.388 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ❑ | SLASH-IT DISTRIBUTION | 3316 SE 51ST AVE<br>PORTLAND, OR 97206 |
| 2.389 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ❑ | SUPERFLOW, INC. | 1075 WYKOFF WAY<br>LAGUNA BEACH, CA 92651 |
| 2.390 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION | | | ❑ | TARIK ELMAS | [REDACTED ADDRESS] |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| RATE DATED 10-01-2024 | | | | | |
| 2.391 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | TEASHA ENGEN | [REDACTED ADDRESS] |
| 2.392 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | THE LIFESTYLES MARKETING GROUP, INC. | 158-12520 HORSESHOE AWAY RICHMOND, BC V7A-5K3 CANADA |
| 2.393 PHOTOGRAPHIC SERVICES/PURCHASE AGREEMENT DATED JULY 12TH 2021 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.394 PHOTOGRAPHIC SERVICES/PURCHASE AGREEMENT DATED 07-12-2021 | | | ☐ | [REDACTED NAME] | [REDACTED ADDRESS] |
| 2.395 CONSULTING SERVICES AGREEMENT DATED 03-01-2021 | | | ☐ | THYME MANAGEMENT LLC | 13217 JAMBOREE ROAD - SUITE 30 TUSTIN, CA 92782 |
| 2.396 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 03-22-2017 | | | ☐ | TODD CAUSEY | [REDACTED ADDRESS] |
| 2.397 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | TODD CAUSEY | [REDACTED ADDRESS] |
| 2.398 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | TONY LINCOLN | [REDACTED ADDRESS] |
| 2.399 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | TONY LINCOLN | [REDACTED ADDRESS] |
| 2.400 SCHEDULE TO SERVICES AGREEMENT VOLCOM DATED 04-07-2023 | | | ☐ | TPE ACQUISITION, LLC | 11690 NW 105TH STREET MIAMI, FL 33178 |
| 2.401 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 04-21-2022 | | | ☐ | TRAVIS SPINKS | [REDACTED ADDRESS] |
| 2.402 PHOTOGRAPHIC SERVICES AGREEMENT DATED 07-24-2024 | | | ☐ | TREVOR LYDEN | [REDACTED ADDRESS] |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.403 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 03-01-2016 | | | ☐ | TYLER ELLEMENT & PERSIA STEVEMS | [REDACTED ADDRESS] |
| 2.404 INDEPENDENT SALES REPRESENTATIVE AGREEMENT DATED 06-01-2013 | | | ☐ | UBIQUITY, LLC | 182 CAPSTAN STREET JAMESTOWN, RI 02835 |
| 2.405 INDEPENDENT SALES REPRESENTATIVE AGREEMENT | | | ☐ | WILLIAM MANACCI | [REDACTED ADDRESS] |
| 2.406 VOLCOM INDEPENDENT SALES REP AGREEMENT NOTICE OF MODIFICATION TO COMMISSION RATE DATED 10-01-2024 | | | ☐ | WILLIAM MANIACI | [REDACTED ADDRESS] |
| 2.407 ARTWORK SERVICES/PURCHASE AGREEMENT DATED 02-24-2024 | | | ☐ | YOSHINORI SAKAMAKI | [REDACTED ADDRESS] |

**Sponsorship Agreement**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.408 SPONSORSHIP AGREEMENT DATED 02-01-2024 | | | ☐ | EDWARD J. BORLAND; FALLING LEAF PRODUCTIONS | 3523 S. PARK MEADOWS ST. SALT LAKE CITY, UT 84106 |
| 2.409 SPONSORSHIP AGREEMENT DATED 02-07-2024 | | | ☐ | SCOTT VISUALS LLC D/B/A SCOTT MEDIA HOUSE | ATTN: SCOTT GOEDKOOP ROUTE DE CORBERAYE 40 LE CHÂBLE, 1934 SWITZERLAND |
| 2.410 VOLCOM FILM SPONSORSHIP AGREEMENT DATED 07-29-2024 | | | ☐ | YETI COOLERS, LLC | YETI COOLERS, LLC 7601 SOUTHWEST PARKWAY AUSTIN, TX 78735 |

**Subscription Agreement**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.411 CLIENT SUBSCRIPTION ORDER DATED 11-30-2019 | | | ☐ | FLOW COMMERCE, INC. | 2 HUDSON PL #700 HOBOKEN, NJ 07030 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.412 SALES ORDER # 1 TO SHOPIFY PLUS MASTER SUBSCRIPTION AGREEMENT DATED 10-23-2023 | | | ☐ | SHOPIFY INC. | 151 O'CONNOR ST GROUND FLOOR OTTAWA, ON K2P 2L8 CANADA |

**Vendor Agreement**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.413 VENDOR/MANUFACTURING AGREEMENT DATED 09-02-2021 | | | ☐ | HI TECH TEXTILE L.L.C | PLOT# 674 AD DULAYL INDUSTRIAL PARK AD DULAYL ZARKA, 13136 JORDAN |
| 2.414 VENDOR/MANUFACTURING AGREEMENT DATED 01-11-2022 | | | ☐ | PT PINNACLE APPARELS | JL. SOEKARNO-HATTA KM 30.5 RANDUGUNTING BERGAS KAB.SEMARANG JL. SOEKARNO-HATTA KM 30.5 RANDUGUNTING BERGAS KAB.SEMARANG INDONESIA |
| 2.415 VENDOR/MANUFACTURING AGREEMENT | | | ☐ | PT.SIOEN SEMARANG ASIA | KAWASAN INDUSTRI WIJAYA KUSUMA JL. TUGU INDUSTRI RAYA NO.2A, KOTA SEMARANG, INDONESIA |
| 2.416 VENDOR/MANUFACTURING AGREEMENT DATED 08-12-2021 | | | ☐ | QUANG VIET ENTERPRISE CO., LTD | 6F. NO.607 RUGUANG RD. NEIHU DIST TAIPEI CITY, 11492 TAIWAN |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

| Total number of contracts | | | | | 416 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Volcom, LLC |
| United States Bankruptcy Court: | The District of Delaware |
| Case Number (if known): | 25-10174 (JKS) |

Form 206H

# Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**Part 1:**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| **Secured Debt** | | |
| 2.1 BOARDRIDERS RETAIL, LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.2 LIBERATED AX LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.3 LIBERATED BRANDS AUSTRALIA PTY LTD<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.4 LIBERATED BRANDS CANADA, INC.<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.5 LIBERATED BRANDS INTERNATIONAL, INC.<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.6 LIBERATED BRANDS LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.7 LIBERATED BRANDS USA LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.8 LIBERATED-SPYDER LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |

# Schedule H: Codebtors

**Part 1:**

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| 2.9  QUIKSILVER AUSTRALIA PTY LTD<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.10  UG MANUFACTURING CO (NZ)<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.11  UG MANUFACTURING CO. PTY. LTD.<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.12  VOLCOM AUSTRALIA HOLDING COMPANY PTY LIMITED<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.13  VOLCOM CANADA INC.<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.14  VOLCOM RETAIL OUTLETS, LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |
| 2.15  VOLCOM RETAIL, LLC<br>1740 MONROVIA AVE<br>COSTA MESA, CA 92627 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | ☑ ☐ ☐ |

| Total Number of Co-Debtor / Creditor Rows | 15 |
|---|---|

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Volcom, LLC |
| United States Bankruptcy Court: | The District of Delaware |
| Case Number (if known): | 25-10174 (JKS) |

## Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

| **Part 1:** | **Summary of Assets** |
|---|---|

**1. Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)**

1a. **Real Property:**
Copy line 88 from Schedule A/B

$1,332,016.06

1b. **Total personal property:**
Copy line 91A from Schedule A/B

$311,802,634.06
+ UNDETERMINED

1c. **Total of all property:**
Copy line 92 from Schedule A/B

$313,134,650.12
+ UNDETERMINED

| **Part 2:** | **Summary of Liabilities** |
|---|---|

**2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)**
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$81,826,423.28
+ UNDETERMINED

**3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)**

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of Schedule E/F

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F

$327,006,636.13
+ UNDETERMINED

4. **Total liabilities**
Lines 2 + 3a + 3b

$408,833,059.41
+ UNDETERMINED

| **Fill in this information to identify the case and this filing:** |
| --- |
| Debtor Name: _____ Volcom, LLC _____ |
| United States Bankruptcy Court: _____ THE DISTRICT OF DELAWARE _____ |
| Case Number (if known): _____ 25-10174 (JKS) _____ |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571**

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form (206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 3/11/2025 _____

**Signature:** /s/ Todd Hymel _____

Todd Hymel, Founder and Chief Executive Officer, Liberated Brands LLC
_____
**Name and Title**